# EXHIBIT A

ELECTRONICALLY FILED
8/15/2017 11:58 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY**
**LAW DIVISION**

|  |  |  |
|---|---|---|
| **MICHAEL E. HOGG,** | ) ) ) ) ) | Nos. |
| **Plaintiff** | ) ) ) | |
| **v.** | ) ) | |
| **ALEX JONES,** | ) ) | |
| **INFOWARSSTORE.COM** | ) | |
| **GLOBAL HEALING CENTER,** | ) ) | |
| **DR. EDWARD GROUP,** | ) ) | |
| **Defendant(s)** | ) ) ) | |

### COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD AND STRICT PRODUCT LIABILITY

NOW COMES Plaintiff MICHAEL E. HOGG, filing pro se, and complains against

ALEX JONES, INFOWARSSTORE.COM, GLOBAL HEALING CENTER and DR. EDWARD

GROUP for STRICT PRODUCTS LIBILITY, FRAUD, CONSPIRACY TO COMMIT

FRAUD. In support, Plaintiff states as follows.

### STATEMENT OF FACTS

1. Plaintiff MICHAEL E. HOGG is a resident of Glenview, Cook County, Illinois

2. Defendant ALEX JONES is a radio broadcaster who broadcasts on WCKG 1520am, and
   on the internet via his site INFORWARS.COM

3. Defendant INFOWARSSTORE.COM is the website where ALEX JONES sells his
   products including Advance Liver Cleanse Pack (Kit), and places it in interstate
   commerce.

ELECTRONICALLY FILED
8/15/2017 11:58 PM
2017-L-062046
PAGE 2 of 5

4. Defendant Dr. EDWARD GROUP is the individual who claims to have developed the Advance Liver Cleanse.

5. Defendant GLOBAL HEALING CENTER produces the Advance Liver Cleanse.

6. Plaintiff has a consulting company that manages business to business website websites, also owns weekend raised bed garden company and also fabricate/sell an automotive accessory, successfully from a home office since 2001.

7. Plaintiff learned about the Liver Shield/6 day cleans via listening to infowars.com

8. Plaintiff purchased the Advanced Liver Cleans Pack (Kit) in mid-June 2015 which consisted of Liver Shield and; Oxy-Powder

9. Plaintiff followed the watched a video about the 6 day liver cleanse on its health benefits produced via Alex Jone's inforwars. Because of my schedule, there was no time to do a 6 day cleanse so instead plaintiff took took a the Oxy-Powder pills (Magnesium)

10. Plaintiff tried the Liver Shield in late August, 2015. On that day, Plaintiff felt some pain in his abdomen. The pain subsided in a week

11. Plaintiff tried the Liver Shield again on Sunday September, 13 th 2015. On that day, he felt the same pain on his left side, which felt the similar to the previous pain, but much worse.

12. On Friday September, 18 th 2015 Plaintiff went to his primary physician and showed him the liver shield container.

13. Plaintiff's physician proceeded to explain to me that the pain is near my stomach/spleen and ordered blood tests

14. On Sunday September, 20 th 2015 Plaintiff contacted infowars using a chat log about the pain and emailed global health healing center about the pain.

15. By that evening, Sunday September 20th 2015 Plaintiff was in the emergency room.

16. After review of his previous blood tests the Plaintiff's physician to send him home with pain medication.

17. Plaintiff insisted that they look further and both an ultrasound and a CT scan were performed, Plaintiff was admitted to the hospital and was given heparin, morphine and was visited by several physicians looking for possible issues

18. Test results results showed a large clot in the Plaintiff's portal vein and was proscribed blood thinners.

19. On August 10, 2017, Plaintiff had a followup MRI which showed that the portal vein could no longer be identified, and tortuous collateral veins had developed to compensate for the lack of portal vein,

20. Plaintiff suffers from pain every day.

21. Plaintiff's illness can be directly traced to the Liver cleans products purchased from the defendants.

COUNT I- STRICT PRODUCTS LIABILITY (All Edefendants

22. Plaintiff hereby incorporates paragraphs 1-21 as paragraph 22 herein

23. At all times DR EDWARD GROUP was guaranteeing the health benefits of the liver cleans, and was selling the product produced by GLOBAL HEALING CENTER, with a product endorsement, guarantee and certification by ALEX JONES, and sold through ALEX JONE'S INFORWARSSTORE.COM.

24. At all times, Liver Shield Cleanse products in question were manufactured, sold and distributed, through the Defendants and their companies.

ELECTRONICALLY FILED
8/15/2017 11:58 PM
2017-L-062046
PAGE 3 of 5

ELECTRONICALLY FILED
8/15/2017 11:58 PM
2017-L-062046
PAGE 4 of 5

25. Said products the Oxy Powder, and Liver cleans contain chemicals that if taken in tandem with eachother can and do create negative health effects, including inducing blood clots.

26. None of the harmful side effects are listed on their website or on the packaging.

27. At all times relevant, Plaintiff MICHAEL HOGG was taking the Oxy-Powder and Liver cleans and had no history of chronic illness.

28. After taking the Oxy-powder and Liver cleans, plaintiff began to develop blood clots in his portal vein and has been suffering with pain.

29. The blood clots and pain has been directly and proximately caused by his taking the Oxy-powder and Liver cleans

Count II-Fraud

30. Plaintiff hereby incorporates paragraphs 1-29 as paragraph 30 herein

31. Defendants knew that the products did not have any positive health affects

32. Defendants marketed and sold the Liver cleans products knowing that they did not have any positive health effects.

33. In doing so, Defendants sought to defraud the public by supplying a product that did not induce any positive health effects.

Count III-Conspiracy to Commit Fraud

34. Plaintiff hereby incorporates paragraphs 1-29 as paragraph 30 herein

35. Defendants knew that the products did not have any positive health affects

36. Defendants in concert, marketed and sold the Liver cleans products knowing that they did not have any positive health effects.

37. In doing so, Defendants in concert with eachother sought to defraud the public by

supplying a product that did not induce any positive health effects.

WHEREFOR- Plaintiff Michael Hogg prays this honorable court enter a judgment as

follows:

A.   A Judgment in the amount of $1,000,000 from all Defendants for loss of income,

pain and suffering and punitive damages.

B.   Any other judgment this court deems right and just

_____

Michael E. Hogg- Pro Se

ELECTRONICALLY FILED
8/15/2017 11:58 PM
2017-L-062046
PAGE 5 of 5

Micheal E. Hogg

809 Glenwood Ln.

Glenview, IL 60025

847-729-7992

Summons - Alias Summons                                                      (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MICHAEL EUGENE HOGG

v.

ALEX JONES; INFOWARSSTORE.COM;
GLOBAL HEALING CENTER; EDWARD GROUP;

No. 2017-L-062046

Defendant Address:

ALEX JONES

3001 S LAMAR BLVD STE 100

AUSTIN, TX 78704

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie
    5600 Old Orchard Rd.
    Skokie, IL 60077

☐ District 3 - Rolling Meadows
    2121 Euclid 1500
    Rolling Meadows, IL 60008

☐ District 4 - Maywood
    Maybrook Ave.
    Maywood, IL 60153

☐ District 5 - Bridgeview
    10220 S. 76th Ave.
    Bridgeview, IL 60455

☐ District 6 - Markham
    16501 S. Kedzie Pkwy.
    Markham, IL 60428

☐ Richard J. Daley Center
    50 W. Washington, LL-01
    Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 99500

Name: MICHAEL EUGENE HOGG

Atty. for: MICHAEL EUGENE HOGG

Address: 809 GLENWOOD LN.

City/State/Zip Code: GLENVIEW, IL 60025

Telephone: (847) 729-7992

Primary Email Address: jdskyles@gmail.com

Secondary Email Address(es):

newmedia@ameritech.net

Witness: Tuesday, 15 August 2017

DOROTHY BROWN, Clerk of Court

Date of Service: _____

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____

(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**Page 1 of 1**

Summons - Alias Summons                                                                              (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MICHAEL EUGENE HOGG

v.

ALEX JONES; INFOWARSSTORE.COM;
GLOBAL HEALING CENTER; EDWARD GROUP;

No. 2017-L-062046

Defendant Address:
INFOWARSSTORE.COM
3001 S LAMAR BLVD STE 100
AUSTIN, TX 70802

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie            ☐ District 3 - Rolling Meadows              ☐ District 4 - Maywood
   5600 Old Orchard Rd.             2121 Euclid 1500                             Maybrook Ave.
   Skokie, IL 60077                 Rolling Meadows, IL 60008                    Maywood, IL 60153

☐ District 5 - Bridgeview        ☐ District 6 - Markham                       ☐ Richard J. Daley Center
   10220 S. 76th Ave.               16501 S. Kedzie Pkwy.                        50 W. Washington, LL-01
   Bridgeview, IL 60455            Markham, IL 60428                            Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 99500

Name: MICHAEL EUGENE HOGG

Atty. for: MICHAEL EUGENE HOGG

Address: 809 GLENWOOD LN.

City/State/Zip Code: GLENVIEW, IL 60025

Telephone: (847) 729-7992

Primary Email Address: jdskyles@gmail.com

Secondary Email Address(es):

newmedia@ameritech.net

Witness:                    Tuesday, 15 August 2017

DOROTHY BROWN, Clerk of Court

Date of Service: _____

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

Summons - Alias Summons                                                      (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MICHAEL EUGENE HOGG

v.                                              No. 2017-L-062046

ALEX JONES; INFOWARSSTORE.COM;                  Defendant Address:
GLOBAL HEALING CENTER; EDWARD GROUP;            GLOBAL HEALING CENTER
                                                2040 NORTH LOOP WEST, SUITE 234
                                                HOUSTON, TX 77018

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie          ☐ District 3 - Rolling Meadows        ☐ District 4 - Maywood
   5600 Old Orchard Rd.           2121 Euclid 1500                      Maybrook Ave.
   Skokie, IL 60077               Rolling Meadows, IL 60008             Maywood, IL 60153

☐ District 5 - Bridgeview      ☐ District 6 - Markham                ☐ Richard J. Daley Center
   10220 S. 76th Ave.             16501 S. Kedzie Pkwy.                 50 W. Washington, LL-01
   Bridgeview, IL 60455           Markham, IL 60428                     Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 99500                              Witness:            Tuesday, 15 August 2017

Name: MICHAEL EUGENE HOGG

Atty. for:  MICHAEL EUGENE HOGG                 DOROTHY BROWN, Clerk of Court

Address:  809 GLENWOOD LN.                      Date of Service:

City/State/Zip Code: GLENVIEW, IL 60025         (To be inserted by officer on copy left with Defendant or other person)

Telephone:  (847) 729-7992

Primary Email Address:  jdskyles@gmail.com      **Service by Facsimile Transmission will be accepted at:

Secondary Email Address(es):

newmedia@ameritech.net                          (Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**Page 1 of 1**

Summons - Alias Summons                                                                (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MICHAEL EUGENE HOGG

v.                                              No. 2017-L-062046

ALEX JONES; INFOWARSSTORE.COM;                  Defendant Address:
GLOBAL HEALING CENTER; EDWARD GROUP;            EDWARD GROUP
                                                2040 NORTH LOOP WEST, SUITE 234
                                                HOUSTON, TX 77018

☑ SUMMONS   ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie              ☐ District 3 - Rolling Meadows        ☐ District 4 - Maywood
   5600 Old Orchard Rd.           2121 Euclid 1500                     Maybrook Ave.
   Skokie, IL 60077               Rolling Meadows, IL 60008            Maywood, IL 60153

☐ District 5 - Bridgeview          ☐ District 6 - Markham                ☐ Richard J. Daley Center
   10220 S. 76th Ave.             16501 S. Kedzie Pkwy.                50 W. Washington, LL-01
   Bridgeview, IL 60455           Markham, IL 60428                    Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.:99500                               Witness:                    Tuesday, 15 August 2017

Name: MICHAEL EUGENE HOGG

Atty. for:  MICHAEL EUGENE HOGG                 DOROTHY BROWN, Clerk of Court

Address:  809 GLENWOOD LN.
                                                Date of Service:
City/State/Zip Code:  GLENVIEW, IL 60025
                                                (To be inserted by officer on copy left with Defendant or other person)
Telephone:  (847) 729-7992

Primary Email Address:  jdskyles@gmail.com
                                                **Service by Facsimile Transmission will be accepted at:
Secondary Email Address(es):

newmedia@ameritech.net
                                                (Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM. 801  DALEY CTR.
CHICAGO, IL. 60602


ID: LD2017L062046    20170816000006
HOGG MICHAEL EUGE
PRO SE
                        0

        * * * * *  N O T I C E  * * * * *

              CASE  17-L-062046


    HOGG MICHAEL EUGENE      V.      JONES ALEX
    THERE WILL BE A CASE MANAGEMENT CALL OF YOUR CASE ON WEDNESDAY
    THE 11TH DAY OF OCTOBER IN ROOM J243 AT  9:00 A.M. AT THE
    SKOKIE COURT HOUSE, 5600 OLD ORCHARD ROAD, SKOKIE, IL


    ATTENTION: EFFECTIVE JANUARY 2, 2014, PARTIES RECEIVING
    POSTCARD NOTICE WILL BE CHARGED A STATUTORY FEE OF $15.00 +
    POSTAGE. TO AVOID THIS FEE REGISTER FOR ELECTRONIC COURT
    NOTICE AT WWW.COOKCOUNTYCLERKOFCOURT.ORG.

4227

Order (Continuance)  (This form replaces CCML 0606 and CCMD 623-2 thru 6)                    (1/25/05) CCM N606

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
~~MUNICIPAL~~ DEPARTMENT/ _____ DISTRICT

Michael Hogg

_____
Plaintiff(s)

v.

Info Warss, Ale Jones

_____
Defendant(s)

No. 2017 L 062046

### CONTINUANCE ORDER

This matter having come before this Court for ☑ status (First)   ☐ pretrial   ☐ trial

☐ other: _____

the Court being fully advised;

IT IS HEREBY ORDERED that this matter is continued to _November 29th, 2017_
(date)

Skokie

at 9 (AM) a.m./p.m. in Room 202 for:

☑ status (4406)   ☐ pretrial (4405)   ☐ trial (4482)

☑ other: Status on Attorney coming in and if files appears
— Extension of time on Service for 30 days
and status on Service
— Leave to file appearance granted if so decided by clients of Attorney

(Please print)

Atty. No.: 4578

Name: F. Avila

Attorney for: Michael Hogg (kidtivly)

Address: 6601 N. Avondale

City/State/Zip: Chicago, IL. 60631

Telephone: 773-671-3480

ENTERED:

Dated:

ENTERED
OCT 11 2017
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY
DEPUTY CLERK

Judge Judge Jeffrey L. Warnick 2024 OCT Judge's No.

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Copy Distribution - White: 1. ORIGINAL - COURT FILE  Canary: 2. COPY  Pink: 3. COPY

Line IV

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### SUBURBAN LAW DIVISION

Hogg, Michael

Plaintiff(s)

No. 2017-L-06204 6

v.

Jones, Alex

Defendant(s)

### CASE MANAGEMENT ORDER - LAW DIVISION
#### Pursuant to Supreme Court Rule 218
(All copies of prior case management orders must be available for presentation to the court upon request of the judge.)
(Please check off all pertinent paragraphs and circle proper party name.)

(4296) _____ 1. Written discovery & 213(f)(1) and (2) disclosures to be completed by _____;

(4218) _____ 2. Oral Discovery & 213(f)(1) and (2) depositions to be completed by _____;

(4218) _____ 3. Treating physicians depositions to be completed by _____;

(4288) _____ 4. Subpoenas for treating physicians depositions to be issued by _____;

(4296) _____ 5. _____ shall complete outstanding written discovery by _____;

(4218) _____ 6. _____ shall be presented for deposition by _____;

(4206) _____ 7. Plaintiff/Defendant/Add. Party shall answer 213 (f)(3) interrogatories by _____;

(4218) _____ 8. Plaintiff's 213(f)(3) witnesses to be deposed by _____;

(4218) _____ 9. Defendant's 213(f)(3) witnesses to be deposed by _____;

(4218) _____ 10. Additional party's 213(f)(3) witnesses to be deposed by _____;

_____ 11. Additional Orders or Modifications: Plaintiff is Granted Leave to
issue ailing summons upon all defendants.
_____

_____ 12. This matter is set in Room 202 for: Status of Service of Proces
(4315) _____ ☑ status at 9:00 a.m. on 2/13/2018

## NOTICE

* Failure of any party to comply with this Case Management Order will be a basis for Rule 219(c) sanctions.
Failure of any party to enforce this Case Management Order will constitute a waiver of such discovery by that party.
* All cases arriving on the Trial Call must have all discovery in Lines 1 through 10 completed.
* A copy of this order is to be sent to each party by his/her counsel within 10 (ten) days of the initial Case Management Date.

Atty. No.: 48848

Name: James Shyfler

Atty. for: Plaintiff

Address: 200 E. Evergreen #111

City/State/Zip: Mt. Prospect, IL 60056

Telephone: 847-749-3059

ENTERED

NOV 29 2017
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY,
DEPUTY CLERK

Judge Jeffrey L. Warnick 202 NOV 29 2017

Judge's Stamp

ENTERED:

_____ Judge          Judge's No.

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



**E-Notice**

ELECTRONICALLY FILED
1/26/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 12
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**2017-L-062046**

CALENDAR: G

To:  Michael Eugene Hogg
     jdskyles@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**MICHAEL EUGENE HOGG vs. ALEX  JONES**
**2017-L-062046**

The transmission was received on 08/15/2017 at 11:58 PM and was ACCEPTED with
the Clerk of the Circuit Court of Cook County on 08/16/2017 at 8:37 AM.

### CIVIL_ACTION_COVER_SHEET (LAW DIVISION)

### COMPLAINT

Filer's Email:    jdskyles@gmail.com
Filer's Fax:
Notice Date:      8/16/2017 8:37:12 AM
Total Pages:      6

**DOROTHY BROWN**
**CLERK OF THE CIRCUIT COURT**
COOK COUNTY
RICHARD J. DALEY CENTER, ROOM 1001
CHICAGO, IL 60602

(312) 603-5031
courtclerk@cookcountycourt.com

Civil Action Cover Sheet - Case Initation                                    (05/27/16) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MICHAEL EUGENE HOGG

v.                                                              No. _____

ALEX JONES

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the
complaint in all civil actions. Th e information contained herein
is for administrative purposes only and cannot be introduced into
evidence. Please check the box in front of the appropriate case
type which best characterizes your action. Only one (1) case type
may be checked with this cover sheet.

Jury Demand      ☑ Yes      ☐ No

### PERSONAL INJURY/WRONGFUL DEATH

CASE TYPES:

- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☑ 049 Product Liability
- ☐ 051 Construction Injuries
       ( including Structural Work Act, Road
       Construction Injuries Act and Negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
       ( Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES

CASE TYPES:

- ☐ 007 Confession Of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

ELECTRONICALLY FILED
8/15/2017 11:58 PM
2017-L-062046
CALENDAR: G
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

(FILE STAMP)

### COMMERCIAL LITIGATION

CASE TYPES:

- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
       (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
       ( Please Specify Below**)
- ☐ 075 Other Commercial Litigation
       ( Please Specify Below**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS

CASE TYPES:

- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

Primary Email:        jdskyles@gmail.com

Secondary Email:      newmedia@ameritech.net

By:        /s MICHAEL EUGENE HOGG            Tertiary Email: _____
     (Attorney)              (ProSe)

**Pro Se Only:** ☐ I have read and agree to the terms of the *the Clerk's Offi ce Electronic Notice Policy* and choose to opt in to electronic notice
form the **Clerk's Office** for this case at this email address: _____ jdskyles@gmail.com

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ELECTRONICALLY FILED 11/26/2018 4:16 PM 2017-L-062046 PAGE 8 of 12

ELECTRONICALLY FILED
8/15/2017 11:58 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY**
**LAW DIVISION**

ELECTRONICALLY FILED
1/26/2018 4:16 PM
2017-L-062046
PAGE 3 of 12

**MICHAEL E. HOGG,**                         )          Nos.
                                            )
          **Plaintiff**                      )
                                            )
**v.**                                       )
**ALEX JONES,**                              )
**INFOWARSSTORE.COM**                        )
**GLOBAL HEALING CENTER,**                   )
**DR. EDWARD GROUP,**                        )
                                            )
          **Defendant(s)**                   )
                                            )
                                            )

**COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD**
**AND STRICT PRODUCT LIABILITY**

NOW COMES Plaintiff MICHAEL E. HOGG, filing pro se, and complains against

ALEX JONES, INFOWARSSTORE.COM, GLOBAL HEALING CENTER and DR. EDWARD

GROUP for STRICT PRODUCTS LIBILITY, FRAUD, CONSPIRACY TO COMMIT

FRAUD.  In support, Plaintiff states as follows.

**STATEMENT OF FACTS**

1.  Plaintiff MICHAEL E. HOGG is a resident of Glenview, Cook County, Illinois

2.  Defendant ALEX JONES is a radio broadcaster who broadcasts on WCKG 1520am, and

    on the internet via his site INFORWARS.COM

3.  Defendant INFOWARSSTORE.COM is the website where ALEX JONES sells his

    products including Advance Liver Cleanse Pack (Kit), and places it in interstate

    commerce.

ELECTRONICALLY FILED
9/25/2017 10:56 PM
2017-L-062046
PAGE 2 of 52

4. Defendant Dr. EDWARD GROUP is the individual who claims to have developed the Advance Liver Cleanse.

5. Defendant GLOBAL HEALING CENTER produces the Advance Liver Cleanse.

6. Plaintiff has a consulting company that manages business to business website websites, also owns weekend raised bed garden company and also fabricate/sell an automotive accessory, successfully from a home office since 2001.

7. Plaintiff learned about the Liver Shield/6 day cleans via listening to infowars.com

8. Plaintiff purchased the Advanced Liver Cleans Pack (Kit) in mid-June 2015 which consisted of Liver Shield and; Oxy-Powder

9. Plaintiff followed the watched a video about the 6 day liver cleanse on its health benefits produced via Alex Jone's inforwars. Because of my schedule, there was no time to do a 6 day cleanse so instead plaintiff took took a the Oxy-Powder pills (Magnesium)

10. Plaintiff tried the Liver Shield in late August, 2015. On that day, Plaintiff felt some pain in his abdomen. The pain subsided in a week

11. Plaintiff tried the Liver Shield again on Sunday September, 13 th 2015. On that day, he felt the same pain on his left side, which felt the similar to the previous pain, but much worse.

12. On Friday September, 18 th 2015 Plaintiff went to his primary physician and showed him the liver shield container.

13. Plaintiff's physician proceeded to explain to me that the pain is near my stomach/spleen and ordered blood tests

14. On Sunday September, 20 th 2015 Plaintiff contacted infowars using a chat log about the pain and emailed global health healing center about the pain.

15. By that evening, Sunday September 20th 2015 Plaintiff was in the emergency room.

16. After review of his previous blood tests the Plaintiff's physician to send him home with pain medication.

17. Plaintiff insisted that they look further and both an ultrasound and a CT scan were performed, Plaintiff was admitted to the hospital and was given heparin, morphine and was visited by several physicians looking for possible issues

18. Test results results showed a large clot in the Plaintiff's portal vein and was proscribed blood thinners.

19. On August 10, 2017, Plaintiff had a followup MRI which showed that the portal vein could no longer be identified, and tortuous collateral veins had developed to compensate for the lack of portal vein,

20. Plaintiff suffers from pain every day.

21. Plaintiff's illness can be directly traced to the Liver cleans products purchased from the defendants.

COUNT I- STRICT PRODUCTS LIABILITY (All Edefendants

22. Plaintiff hereby incorporates paragraphs 1-21 as paragraph 22 herein

23. At all times DR EDWARD GROUP was guaranteeing the health benefits of the liver cleans, and was selling the product produced by GLOBAL HEALING CENTER, with a product endorsement, guarantee and certification by ALEX JONES, and sold through ALEX JONE'S INFORWARSSTORE.COM.

24. At all times, Liver Shield Cleanse products in question were manufactured, sold and distributed, through the Defendants and their companies.

ELECTRONICALLY FILED
08/25/2018 12:58 PM
2017-L-062046
IMAGE: Staff

ELECTRONICALLY FILED
8/25/2017 10:53 PM
2017-L-062046
PAGE 64 of 52

25. Said products the Oxy Powder, and Liver cleans contain chemicals that if taken in tandem with eachother can and do create negative health effects, including inducing blood clots.

26. None of the harmful side effects are listed on their website or on the packaging.

27. At all times relevant, Plaintiff MICHAEL HOGG was taking the Oxy-Powder and Liver cleans and had no history of chronic illness.

28. After taking the Oxy-powder and Liver cleans, plaintiff began to develop blood clots in his portal vein and has been suffering with pain.

29. The blood clots and pain has been directly and proximately caused by his taking the Oxy-powder and Liver cleans

Count II-Fraud

30. Plaintiff hereby incorporates paragraphs 1-29 as paragraph 30 herein

31. Defendants knew that the products did not have any positive health affects

32. Defendants marketed and sold the Liver cleans products knowing that they did not have any positive health effects.

33. In doing so, Defendants sought to defraud the public by supplying a product that did not induce any positive health effects.

Count III-Conspiracy to Commit Fraud

34. Plaintiff hereby incorporates paragraphs 1-29 as paragraph 30 herein

35. Defendants knew that the products did not have any positive health affects

36. Defendants in concert, marketed and sold the Liver cleans products knowing that they did not have any positive health effects.

37. In doing so, Defendants in concert with eachother sought to defraud the public by supplying a product that did not induce any positive health effects.

WHEREFOR- Plaintiff Michael Hogg prays this honorable court enter a judgment as follows:

  A.  A Judgment in the amount of $1,000,000 from all Defendants for loss of income, pain and suffering and punitive damages.

  B.  Any other judgment this court deems right and just

Michael E. Hogg—Pro Se

Micheal E. Hogg

809 Glenwood Ln.

Glenview, IL 60025

847-729-7992

ELECTRONICALLY FILED
2017-L-062046
PAGE 5 of 52

Summons – Alias Summons                                                                 (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MICHAEL EUGENE HOGG

v.                                                      No. 2017-L-062046

ALEX JONES; INFOWARSSTORE.COM;                          Defendant Address:
GLOBAL HEALING CENTER; EDWARD GROUP;                    ALEX JONES
                                                        3001 S LAMAR BLVD STE 100
                                                        AUSTIN, TX 78704

☑ SUMMONS  ☐ ALIAS - SUMMONS

To each defendant:

   YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie          ☐ District 3 - Rolling Meadows          ☐ District 4 - Maywood
   5600 Old Orchard Rd.           2121 Euclid 1500                        Maybrook Ave.
   Skokie, IL 60077               Rolling Meadows, IL 60008               Maywood, IL 60153

☐ District 5 - Bridgeview      ☐ District 6 - Markham                  ☐ Richard J. Daley Center
   10220 S. 76th Ave.             16501 S. Kedzie Pkwy.                   50 W. Washington, LL-01
   Bridgeview, IL 60455          Markham, IL 60428                       Chicago, IL 60602

ELECTRONICALLY FILED
1/26/2018 4:16 PM
2017-L-062046
PAGE 8 of 12

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 99500                              Witness:                    Tuesday, 15 August 2017

Name: MICHAEL EUGENE HOGG

Atty. for:  MICHAEL EUGENE HOGG                  DOROTHY BROWN, Clerk of Court

Address:  809 GLENWOOD LN.                       Date of Service: _____

City/State/Zip Code:  GLENVIEW, IL 60025         (To be inserted by officer on copy left with Defendant or other person)

Telephone:  (847) 729-7992

Primary Email Address:  jdskyles@gmail.com       **Service by Facsimile Transmission will be accepted at:

Secondary Email Address(es):

newmedia@ameritech.net                           _____
                                                 (Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

Summons - Alias Summons                                                          (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MICHAEL EUGENE HOGG

v.                                                    No. 2017-L-062046

ALEX JONES; INFOWARSSTORE.COM;
GLOBAL HEALING CENTER; EDWARD GROUP;

Defendant Address:
INFOWARSSTORE.COM
3001 S LAMAR BLVD STE 100
AUSTIN, TX 70802

☑ SUMMONS  ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie          ☐ District 3 - Rolling Meadows          ☐ District 4 - Maywood
   5600 Old Orchard Rd.           2121 Euclid 1500                         Maybrook Ave.
   Skokie, IL 60077               Rolling Meadows, IL 60008                Maywood, IL 60153

☐ District 5 - Bridgeview      ☐ District 6 - Markham                   ☐ Richard J. Daley Center
   10220 S. 76th Ave.            16501 S. Kedzie Pkwy.                    50 W. Washington, LL-01
   Bridgeview, IL 60455          Markham, IL 60428                        Chicago, IL 60602

ELECTRONICALLY FILED
1/26/2018 4:16 PM
2017-L-062046
PAGE 9 of 12

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 99500                         Witness:          Tuesday, 15 August 2017

Name: MICHAEL EUGENE HOGG

Atty. for:  MICHAEL EUGENE HOGG            DOROTHY BROWN, Clerk of Court

Address:  809 GLENWOOD LN.                 Date of Service:

City/State/Zip Code:  GLENVIEW, IL 60025   (To be inserted by officer on copy left with Defendant or other person)

Telephone:  (847) 729-7992

Primary Email Address:  jdskyles@gmail.com   **Service by Facsimile Transmission will be accepted at:

Secondary Email Address(es):

newmedia@ameritech.net                     _____
                                           (Area Code)   (Facsimile Telephone Number)

**Summons - Alias Summons**                                                    (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MICHAEL EUGENE HOGG

v.                                          No. 2017-L-062046

ALEX JONES; INFOWARSSTORE.COM;                  Defendant Address:
GLOBAL HEALING CENTER; EDWARD GROUP;            GLOBAL HEALING CENTER
                                                2040 NORTH LOOP WEST, SUITE 234
                                                HOUSTON, TX 77018

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

  YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto
attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the
following location:

ELECTRONICALLY FILED
1/26/2018 4:16 PM
2017-L-062046
PAGE 10 of 12

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie          ☐ District 3 - Rolling Meadows          ☐ District 4 - Maywood
  5600 Old Orchard Rd.            2121 Euclid 1500                        Maybrook Ave.
  Skokie, IL 60077                Rolling Meadows, IL 60008               Maywood, IL 60153

☐ District 5 - Bridgeview       ☐ District 6 - Markham                  ☐ Richard J. Daley Center
  10220 S. 76th Ave.             16501 S. Kedzie Pkwy.                    50 W. Washington, LL-01
  Bridgeview, IL 60455           Markham, IL 60428                        Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE
RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement
of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so
endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 99500                        Witness:           Tuesday, 15 August 2017

Name: MICHAEL EUGENE HOGG

Atty. for: MICHAEL EUGENE HOGG             DOROTHY BROWN, Clerk of Court

Address: 809 GLENWOOD LN.
                                           Date of Service:
City/State/Zip Code: GLENVIEW, IL 60025
                                           (To be inserted by officer on copy left with Defendant or other person)
Telephone: (847) 729-7992

Primary Email Address: jdskyles@gmail.com
                                           **Service by Facsimile Transmission will be accepted at:
Secondary Email Address(es):

newmedia@ameritech.net
                                           (Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Summons - Alias Summons

(12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MICHAEL EUGENE HOGG

v.

ALEX JONES; INFOWARSSTORE.COM;
GLOBAL HEALING CENTER; EDWARD GROUP;

No. 2017-L-062046

Defendant Address:
EDWARD GROUP
2040 NORTH LOOP WEST, SUITE 234
HOUSTON, TX 77018

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie

5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 5 - Bridgeview

10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 3 - Rolling Meadows

2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 6 - Markham

16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ District 4 - Maywood

Maybrook Ave.
Maywood, IL 60153

☐ Richard J. Daley Center

50 W. Washington, LL-01
Chicago, IL 60602

ELECTRONICALLY FILED
1/26/2018 4:16 PM
2017-L-062046
PAGE 11 of 12

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 99500

Name: MICHAEL EUGENE HOGG

Atty. for: MICHAEL EUGENE HOGG

Address: 809 GLENWOOD LN.

City/State/Zip Code: GLENVIEW, IL 60025

Telephone: (847) 729-7992

Primary Email Address: jdskyles@gmail.com

Secondary Email Address(es):

newmedia@ameritech.net

Witness: Tuesday, 15 August 2017

DOROTHY BROWN, Clerk of Court

Date of Service: _____

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

# Law DIVISION
## Litigant List

Printed on 08/16/2017

Case Number: 2017-L-062046

Page 1 of 1

## Plaintiffs

| Plaintiffs Name | Plaintiffs Address | State | Zip | Unit # |
|---|---|---|---|---|
| MICHAEL EUGENE HOGG | 809 GLENWOOD LN. GLENVIEW, | IL | 60025 | |

Total Plaintiffs: **1**

## Defendants

| Defendant Name | Defendant Address | State | Zip | Unit # | Service By |
|---|---|---|---|---|---|
| ALEX JONES | 3001 S LAMAR BLVD STE 100 AUSTIN, | TX | 78704 | | Sheriff-Filer |
| INFOWARSSTORE.COM | 3001 S LAMAR BLVD STE 100 AUSTIN, | TX | 70802 | | Sheriff-Filer |
| GLOBAL HEALING CENTER | 2040 NORTH LOOP WEST, SUITE 234 HOUSTON, | TX | 77018 | | Sheriff-Filer |
| EDWARD GROUP | 2040 NORTH LOOP WEST, SUITE 234 HOUSTON, | TX | 77018 | | Sheriff-Filer |

Total Defendants: **4**

ELECTRONICALLY FILED
1/26/2018 4:16 PM
2017-L-062046
PAGE 2 of 12

ELECTRONICALLY FILED
1/26/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**SUBURBAN LAW DIVISION**

Hogg, Michael

{ **Plaintiff(s)** }

v.

Jones, Alex

**Defendant(s)**

No. 2017-L-062046

## CASE MANAGEMENT ORDER - LAW DIVISION

### Pursuant to Supreme Court Rule 218

(All copies of prior case management orders must be available for presentation to the court upon request of the judge.)
(Please check off all pertinent paragraphs and circle proper party name.)

(4296) _____ 1. Written discovery & 213(f)(1) and (2) disclosures to be completed by _____;

(4218) _____ 2. Oral Discovery & 213(f)(1) and (2) depositions to be completed by _____;

(4218) _____ 3. Treating physicians depositions to be completed by _____;

(4288) _____ 4. Subpoenas for treating physicians depositions to be issued by _____;

(4296) _____ 5. _____ shall complete outstanding written discovery by _____;

(4218) _____ 6. _____ shall be presented for deposition by _____;

(4206) _____ 7. Plaintiff/Defendant/Add. Party shall answer 213 (f)(3) interrogatories by _____;

(4218) _____ 8. Plaintiff's 213(f)(3) witnesses to be deposed by _____;

(4218) _____ 9. Defendant's 213(f)(3) witnesses to be deposed by _____;

(4218) _____ 10. Additional party's 213(f)(3) witnesses to be deposed by _____;

_X_ 11. Additional Orders or Modifications: Plaintiff is granted
leave to issue alias summons against all
defendants

_X_ 12. This matter is set in Room 202 for: Status on Service of Process.

(4315) _X_ ☐ status at 9:00 a.m. on 2/13/2018

## NOTICE

* Failure of any party to comply with this Case Management Order will be a basis for Rule 219(c) sanctions.
Failure of any party to enforce this Case Management Order
will constitute a waiver of such discovery by that party.
* All cases arriving on the Trial Call must
have all discovery in Lines 1 through 10 completed.
* A copy of this order is to be sent to each party by his/her
counsel within 10 (ten) days of the initial Case Management
Date.

Atty. No.: 48840
Name: James Styles
Atty. for: Plaintiff
Address: 200 E. Evergreen #121
City/State/Zip: Mt. Prospect, IL 60056
Telephone: 847-749-3054

ENTERED

NOV 29 2017
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

ENTERED: Judge Jeffrey L. Warnick 2024 NOV 29 2017

Judge's Stamp

Judge
Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**Summons - Alias Summons**           **(12/31/15) CCG N001**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

HOGG MICHAEL EUGENE

v.

GLOBAL HEALING CENTER;

GROUP EDWARD;

INFOWARSSTORE.COM;

JONES ALEX

No. 2017-L-062046

Defendant Address:
JONES ALEX
3001 S Lamar Blvd
Suite 100
Austin, TX 78704

☐ **SUMMONS** ☑ **ALIAS - SUMMONS**

To each defendant:

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie
    5600 Old Orchard Rd.
    Skokie, IL 60077

☐ District 3 - Rolling Meadows
    2121 Euclid 1500
    Rolling Meadows, IL 60008

☐ District 4 - Maywood
    Maybrook Ave.
    Maywood, IL 60153

☐ District 5 - Bridgeview
    10220 S. 76th Ave.
    Bridgeview, IL 60455

☐ District 6 - Markham
    16501 S. Kedzie Pkwy.
    Markham, IL 60428

☐ Richard J. Daley Center
    50 W. Washington, LL-01
    Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 45783

Name: AVILA LAW GROUP

Atty. for: HOGG MICHAEL EUGENE

Address: 6601 N AVONDALE 203

City/State/Zip Code: CHICAGO, IL 60631

Telephone: (773) 671-3480

Primary Email Address: jdskyles@skyleslaw.com

Secondary Email Address(es):

Witness: Friday, 26 January 2018

/s DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service:

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Summons - Alias Summons                                                                                      (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

HOGG MICHAEL EUGENE

v.

GLOBAL HEALING CENTER;

GROUP EDWARD;

INFOWARSSTORE.COM;

JONES ALEX

No. 2017-L-062046

Defendant Address:

INFOWARSSTORE.COM

3001 S LAMAR BLVD STE 10

AUSTIN, TX 70802

☐ SUMMONS ☑ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ , Chicago, Illinois 60602

☑ District 2 - Skokie          ☐ District 3 - Rolling Meadows          ☐ District 4 - Maywood

   5600 Old Orchard Rd.          2121 Euclid 1500          Maybrook Ave.

   Skokie, IL 60077          Rolling Meadows, IL 60008          Maywood, IL 60153

☐ District 5 - Bridgeview          ☐ District 6 - Markham          ☐ Richard J. Daley Center

   10220 S. 76th Ave.          16501 S. Kedzie Pkwy.          50 W. Washington, LL-01

   Bridgeview, IL 60455          Markham, IL 60428          Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 45783

Name: AVILA LAW GROUP

Atty. for: HOGG MICHAEL EUGENE

Address: 6601 N AVONDALE 203

City/State/Zip Code: CHICAGO, IL 60631

Telephone: (773) 671-3480

Primary Email Address: jdskyles@skyleslaw.com

Secondary Email Address(es):

Witness: Friday, 26 January 2018

/s DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service:

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1

Summons - Alias Summons             (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

HOGG MICHAEL EUGENE

v.

GLOBAL HEALING CENTER;

GROUP EDWARD;

INFOWARSSTORE.COM;

JONES ALEX

No. 2017-L-062046

Defendant Address:
GROUP EDWARD
2040 NORTH LOOP WEST, SU
HOUSTON, TX 77018

☐ SUMMONS ☑ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie
    5600 Old Orchard Rd.
    Skokie, IL 60077

☐ District 3 - Rolling Meadows
    2121 Euclid 1500
    Rolling Meadows, IL 60008

☐ District 4 - Maywood
    Maybrook Ave.
    Maywood, IL 60153

☐ District 5 - Bridgeview
    10220 S. 76th Ave.
    Bridgeview, IL 60455

☐ District 6 - Markham
    16501 S. Kedzie Pkwy.
    Markham, IL 60428

☐ Richard J. Daley Center
    50 W. Washington, LL-01
    Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 45783

Name: AVILA LAW GROUP

Atty. for: HOGG MICHAEL EUGENE

Address: 6601 N AVONDALE 203

City/State/Zip Code: CHICAGO, IL 60631

Telephone: (773) 671-3480

Primary Email Address: jdskyles@skyleslaw.com

Secondary Email Address(es):

Witness:      Friday, 26 January 2018

/s DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____

(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Summons - Alias Summons                                                    (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

HOGG MICHAEL EUGENE

v.                                               No.  2017-L-062046

GLOBAL HEALING CENTER;                           Defendant Address:
                                                 GLOBAL HEALING CENTER
GROUP EDWARD;                                    2040 NORTH LOOP WEST, SU
INFOWARSSTORE.COM;                               HOUSTON, TX 77018

JONES ALEX

☐ SUMMONS ☑ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto
attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the
following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie            ☐ District 3 - Rolling Meadows          ☐ District 4 - Maywood
   5600 Old Orchard Rd.             2121 Euclid 1500                        Maybrook Ave.
   Skokie, IL 60077                 Rolling Meadows, IL 60008               Maywood, IL 60153

☐ District 5 - Bridgeview        ☐ District 6 - Markham                  ☐ Richard J. Daley Center
   10220 S. 76th Ave.              16501 S. Kedzie Pkwy.                    50 W. Washington, LL-01
   Bridgeview, IL 60455            Markham, IL 60428                        Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE
RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement
of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so
endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 45783                           Witness:              Friday, 26 January 2018

Name:  AVILA LAW GROUP                       /s DOROTHY BROWN
                                             DOROTHY BROWN, Clerk of Court
Atty. for:  HOGG MICHAEL EUGENE

Address:  6601 N AVONDALE 203                Date of Service:

City/State/Zip Code:  CHICAGO, IL 60631      (To be inserted by officer on copy left with Defendant or other person)

Telephone:  (773) 671-3480

Primary Email Address:  jdskyles@skyleslaw.com

Secondary Email Address(es):                 **Service by Facsimile Transmission will be accepted at:

                                             _____
                                             (Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

# AFFIDAVIT OF PROCESS SERVER

ELECTRONICALLY FILED
2/13/2018 8:30 AM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## IN THE CIRUCUIT COURT OF COOK COUNTY

County of Cook

**MICHAEL EUGENE HOGG**

　　Plaintiff

vs.

**GLOBAL HEALING CENTER; GROUP EDWAR;
INFOWARSTORE.COM; JONES ALEX**

　　Defendant

Attorney:

AVILA LAW GROUP
6601 N. AVONDALE #203
CHICAGO, IL. 60631

**Case Number:** 2017-l-062046

**Court / Appearance Date:** 02-13-2018
**Court Time:**

Legal documents received by HOUSTON COURT PROCESSORS on January 26th, 2018 at 5:00 PM to be served upon **GLOBAL HEALING CENTER at 2040 NORTH LOOP WEST #234, HOUSTON, TX. 77018**

I, CHARLES LINDSAY, swear and affirm that on **February 06th, 2018 at 11:41 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **SUMMONS AND COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD AND STRICT PRODUCT LIABILITY** to **RECEPTIONIST, REFUSED TO GIVE HER NAME** as　of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_Charles Lindsay_
**CHARLES LINDSAY**
Process Server

**HOUSTON COURT PROCESSORS**
**P.O.Box 891001**
**Houston,  77289**

**(832) 453-4743**

Internal Job ID: 2018000096

Reference Number: MICHAEL EUGENE HOGG

The foregoing instrument was acknowledged before me on this ___12___ day of ___FEBRUARY___ ,
2018, by _____CHARLES LINDSAY· who is personally known to me or who has produced
____TDL____ as identification.

_____　_____
Notary Printed Name　　　　Notary Signature

_____
Commission Expiration Date

TERESA ANN WHITMORE
Notary ID #128827162
My Commission Expires
May 30, 2021

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

Case Management Order - Law Division

(Rev. 2/25/03)  CCL 0600

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### SUBURBAN LAW DIVISION

Hogg

Plaintiff(s)  } No. 17-L-062046

v.

Jones

Defendant(s)

## CASE MANAGEMENT ORDER - LAW DIVISION
### Pursuant to Supreme Court Rule 218
(All copies of prior case management orders must be available for presentation to the court upon request of the judge.)
(Please check off all pertinent paragraphs and circle proper party name.)

(4296) _____ 1. Written discovery & 213(f)(1) and (2) disclosures to be completed by _____ ;

(4218) _____ 2. Oral Discovery & 213(f)(1) and (2) depositions to be completed by _____ ;

(4218) _____ 3. Treating physicians depositions to be completed by _____ ;

(4288) _____ 4. Subpoenas for treating physicians depositions to be issued by _____ ;

(4296) _____ 5. _____ shall complete outstanding written discovery by _____ ;

(4218) _____ 6. _____ shall be presented for deposition by _____ ;

(4206) _____ 7. Plaintiff/Defendant/Add. Party shall answer 213 (f)(3) interrogatories by _____ ;

(4218) _____ 8. Plaintiff's 213(f)(3) witnesses to be deposed by _____ ;

(4218) _____ 9. Defendant's 213(f)(3) witnesses to be deposed by _____ ;

(4218) _____ 10. Additional party's 213(f)(3) witnesses to be deposed by _____ ;

_____ 11. Additional Orders or Modifications: _____

_____

_____

_____

X 12. This matter is set in Room 202 for:

(4315) X ☐ status at 9:00 a.m. on 3/14/2018

## NOTICE

* Failure of any party to comply with this Case Management Order will be a basis for Rule 219(c) sanctions.
  Failure of any party to enforce this Case Management Order
  will constitute a waiver of such discovery by that party.
* All cases arriving on the Trial Call _____ must
  have all discovery in Lines 1 through 10 completed.
* A copy of this order is to be sent to each party by his/her
  counsel within 10 (ten) days of the initial Case Management
  Date.

Atty. No.: 48848

Name: James Skyles

Atty. for: π

Address: 200 E. Evergreen #121

City/State/Zip: Mt. Prospect, IL 60056

Telephone: 847-749-3059

Associate Judge Jeffery L. Warnick

FEB 13 2018

Circuit Court - 2024

Judge's Stamp

ENTERED:

Judge _____ Judge's No.

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ELECTRONICALLY FILED
3/28/2018 12:29 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# IN THE CIRCUIT COURT OF COOK COUNTY
## LAW DIVISION

|  |  |
|---|---|
| MICHAEL E. HOGG, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) |
| ALEX JONES, | ) |
| INFOWARSSTORE.COM | ) |
| GLOBAL HEALING CENTER, | ) |
| DR. EDWARD GROUP, | ) |
| | ) |
| **Defendant(s)** | ) |

Nos. 2017-L-062046

## MOTION FOR STATUS

NOW COMES Plaintiff MICHAEL E. HOGG, filing pro se, and moves this honourable

court for a status hearing on the above captioned case,

Wherefore Plaintiff Michael Hogg moves this honourable court as follows:

    A. Have a hearing on Status,

    B. Any other order this court deems right and just.

_____

Michael E. Hogg Pro Se

Micheal E. Hogg
809 Glenwood Ln.
Glenview, IL 60025
847-729-7992

ELECTRONICALLY FILED
3/28/2018 12:29 PM
2017-L-062046
PAGE 2 of 2

Appearance                                                      (12/30/15) CCL N530

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

HOGG MICHAEL EUGENE
_____
                    Plaintiff              No. 2017-L-062046

        v.                                 Calendar: G

JONES ALEX                                 ELECTRONICALLY FILED
_____            4/3/2018 6:27 PM
                    Defendant              2017-L-062046
                                           CALENDAR: G
                                           PAGE 1 of 1
                                           CIRCUIT COURT OF
                                           COOK COUNTY, ILLINOIS
                                           LAW DIVISION
                                           CLERK DOROTHY BROWN

## APPEARANCE

☑  GENERAL APPEARANCE        0900 – APPEARANCE – FEE PAID; 0909 – APPEARANCE – NO FEE;
                             0904 – APPEARANCE FILED – FEE WAIVED

☐  JURY DEMAND               1900 – APPEARANCE & JURY DEMAND FEE PAID
                             1909 – APPEARANCE & JURY DEMAND NO FEE

The undersigned enter the appearance of:     ☑Plaintiff        ☐Defendant

HOGG MICHAEL EUGENE
_____
(INSERT LITIGANT'S NAME)

                                    /s James Douglas Skyles
                                    _____
                                            SIGNATURE

☐INITIAL COUNSEL OF RECORD        ☐PRO SE
☑ADDITIONAL APPEARANCE            ☐SUBSTITUTE APPEARANCE

        A copy of this appearance shall be given to all parties who have appeared and have not been found by the
Court to be in default.

☑Atty. No.: 45783            ☐ Pro Se 99500      **Pro Se Only:**  ☐I have read and agree to the terms of
(Please complete the following contact information.)   the Clerk's Office Electronic Notice Policy and choose
Name: AVILA LAW GROUP                                  to opt in to electronic notice from the Clerk's office for
Atty. for: HOGG MICHAEL EUGENE                         this case at this email address:
Address: 6601 N AVONDALE 203
City/State/Zip: CHICAGO, IL 60631                      _____
Telephone: (773) 671-3480
Primary Email: jdskyles@skyleslaw.com
Secondary Email: _____
Tertiary Email: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ELECTRONICALLY FILED
4/11/2018 5:03 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## IN THE CIRCUIT COURT OF COOK COUNTY
## LAW DIVISION

MICHAEL E. HOGG,

      **Plaintiff**

v.

**ALEX JONES,**
**INFOWARSSTORE.COM**
**GLOBAL HEALING CENTER,**
**DR. EDWARD GROUP,**

      **Defendant(s)**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Nos. 2017-L-062046

### MOTION FOR DEFAULT JUDGMENT

NOW COMES, Plaintiff MICHAEL HOGG, by and through his attorneys, Avila Law

Group, LLC, under 735 ILCS 5/2-1301, files this MOTION FOR DEFAULT JUDGMENT, as to

their complaint against Defendant ALEX JONES. In support Plaintiff states as follows:

1. On August 15, 2017, Plaintiff Michael Hogg filed case no. 2017 M6 062046 against

   Defendants Alex Jones, Infowarsstore.com, Global Healing Center, and Dr. Edward

   Group, for Strict Products Liability, Fraud, and Conspiracy to Commit Fraud and

   demanded damages for $1,000,000.00 plus punitive damages and attorneys fees.

2. A Motion for Alias Summons was granted on November 11, 2017.

3. Defendant Alex Jones was served with a Summons and Complaint on March 8, 2018.

   A true and correct copy of the Affidavit of the Process Server is attached to this

   motion.

4. To date, Defendant has failed to appear, answer or otherwise plead, under the Illinois Rules of Civil Procedure, 735 ILCS 5/2-1301, making a default judgment proper.

WHEREFORE: Petitioner prays this Honourable Court grant as follows:

1. An Order granting Plaintiff's Motion for Default Judgment as to all claims contained in filed case No. 2017 M6 062046 against Defendant Alex Jones.

2. An award to the Plaintiff in the amount of $1,000,000.00 plus punitive damages and attorneys fees.

3. Any other order this court deems right and just.

ELECTRONICALLY FILED
4/11/2018 5:03 PM
2017-L-062046
PAGE 2 of 2

Attorney Code 45783
ÁVILA LAW GROUP LLC
Attorneys for Plaintiff
7132 N. Harlem
Suite 104
Chicago, Illinois 60631
773-671-3480 telephone
FrankAvilaLaw@GMail.com

by: _____ /s/Frank Avila _____
One of Plaintiff's Attorneys

ELECTRONICALLY FILED
4/11/2018 5:03 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# AFFIDAVIT OF PROCESS SERVER

**IN THE CIRUCUIT COURT OF COOK COUNTY**          **County of Cook, State of Illinois**

| | |
|---|---|
| **MICHAEL EUGENE HOGG** | Attorney: |
| Plaintiff | AVILA LAW GROUP |
| vs. | 6601 N. AVONDALE #203 |
| | CHICAGO, IL. 60631 |
| **GLOBAL HEALING CENTER; GROUP EDWAR;** | |
| **INFOWARSTORE.COM; JONES ALEX** | |
| Defendant | |

**Case Number:** 2017-l-062046

**Court / Appearance Date:** 03-14-2018
**Court Time:**

Legal documents received by HOUSTON COURT PROCESSORS on February 28th, 2018 at 5:00 PM to be served upon
**ALEX JONE at 3001 S. LAMAR BLVD #100, AUSTIN, TX. 78704**

I, MARK A. WHITMORE, swear and affirm that on **March 08th, 2018 at 10:02 AM,** I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the
**SUMMONS AND COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD AND STRICT PRODUCT
LIABILITY** to ALEX JONES by CMRRR 7013 2630 0001 8245 2439 as   of the within named corporation. The service
date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document
served.

**Supplemental Data Appropriate to this Service:**

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified,
appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named
circuit / county.


**MARK A. WHITMORE**
Process Server, # 1314

**HOUSTON COURT PROCESSORS**
P.O.Box 891001
Houston,  77289

**(832) 453-4743**

Internal Job ID: 2018000299

Reference Number: MICHAEL EUGENE HOGG

The foregoing instrument was acknowledged before me
on this ___ day of _____
2018, by _____ who is
personally known to me or who has produced _____
_____ as identification.

_____        _____
Notary Printed Name               Notary Signature

Commission Expiration Date _____



TERESA ANN WHITMORE
Notary ID #128027162
My Commission Expires
May 30, 2021

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

ELECTRONICALLY FILED
4/11/2018 5:06 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## IN THE CIRCUIT COURT OF COOK COUNTY
## LAW DIVISION

|                                              |     |                      |
|----------------------------------------------|-----|----------------------|
| **MICHAEL E. HOGG,**                         | )   | Nos. 2017-L-062046   |
|                                              | )   |                      |
| **Plaintiff**                                | )   |                      |
|                                              | )   |                      |
| **v.**                                       | )   |                      |
| **ALEX JONES,**                              | )   |                      |
| **INFOWARSSTORE.COM**                        | )   |                      |
| **GLOBAL HEALING CENTER,**                   | )   |                      |
| **DR. EDWARD GROUP,**                        | )   |                      |
|                                              | )   |                      |
| **Defendant(s)**                             | )   |                      |

### MOTION FOR DEFAULT JUDGMENT

NOW COMES, Plaintiff MICHAEL HOGG, by and through his attorneys, Avila Law

Group, LLC, under 735 ILCS 5/2-1301, files this MOTION FOR DEFAULT JUDGMENT, as to

their complaint against Defendant INFOWARSSTORE.COM.  In support Plaintiff states as

follows:

1. On August 15, 2017, Plaintiff Michael Hogg filed case no.  2017 M6 062046 against

   Defendants Alex Jones, Infowarsstore.com, Global Healing Center, and Dr. Edward

   Group, for Strict Products Liability, Fraud, and Conspiracy to Commit Fraud and

   demanded damages for $1,000,000.00 plus punitive damages and attorneys fees.

2. A Motion for Alias Summons was granted on November 11, 2017.

3. Defendant Infowarsstore.com was served with a Summons and Complaint on March

   8, 2018.  A true and correct copy of the Affidavit of the Process Server is attached to

   this motion.

4. To date, Defendant has failed to appear, answer or otherwise plead, under the Illinois Rules of Civil Procedure, 735 ILCS 5/2-1301, making a default judgment proper.

WHEREFORE: Petitioner prays this Honourable Court grant as follows:

1. An Order granting Plaintiff's Motion for Default Judgment as to all claims contained in filed case No. 2017 M6 062046 against Defendant Infowarsstore.com.

2. An award to the Plaintiff in the amount of $1,000,000.00 plus punitive damages and attorneys fees.

3. Any other order this court deems right and just.

ELECTRONICALLY FILED
4/1/2018 5:06 PM
2017-L-062046
PAGE 2 of 2

Attorney Code 45783
ÁVILA LAW GROUP LLC
Attorneys for Plaintiff
7132 N. Harlem
Suite 104
Chicago, Illinois 60631
773-671-3480 telephone
FrankAvilaLaw@GMail.com

by: _____/s/Frank Avila_____
     One of Plaintiff's Attorneys

ELECTRONICALLY FILED
4/11/2018 5:06 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# AFFIDAVIT OF PROCESS SERVER

## IN THE CIRUCUIT COURT OF COOK COUNTY          County of Cook, State of Illinois

**MICHAEL EUGENE HOGG**

    Plaintiff

vs.

**GLOBAL HEALING CENTER; GROUP EDWAR;
INFOWARSTORE.COM; JONES ALEX**

    Defendant

Attorney:

AVILA LAW GROUP
6601 N. AVONDALE #203
CHICAGO, IL. 60631

**Case Number:** 2017-l-062046

**Court / Appearance Date:** 03-14-2018
**Court Time:**

Legal documents received by HOUSTON COURT PROCESSORS on February 28th, 2018 at 5:00 PM to be served upon **INFOWARSTORE.COM at 3001 S. LAMAR BLVD #100, AUSTIN, TX. 70802**

I, MARK A. WHITMORE, swear and affirm that on **March 09th, 2018 at 10:10 AM,** I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **SUMMONS AND COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD AND STRICT PRODUCT LIABILITY** to INFOWARSTORE.COM by CMRRR 7013 2630 0001 8245 2422 as of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_Mark A Whitmore_
**MARK A. WHITMORE**
Process Server, # 1314

**HOUSTON COURT PROCESSORS**
P.O.Box 891001
Houston, 77289

(832) 453-4743

Internal Job ID: 2018000300

Reference Number: MICHAEL EUGENE HOGG

The foregoing instrument was acknowledged before me on this 9 day of MARCH 2018, by MARK A WHITMORE, who is personally known to me or who has produced _____ as identification.

_____
Notary Printed Name

_____
Notary Signature

Commission Expiration Date



TERESA ANN WHITMORE
Notary ID # 128827162
My Commission Expires
May 30, 2021

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

ELECTRONICALLY FILED
4/11/2018 5:09 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## IN THE CIRCUIT COURT OF COOK COUNTY
### LAW DIVISION

|  |  |
|---|---|
| MICHAEL E. HOGG, | ) ) ) ) Nos. 2017-L-062046 |
| Plaintiff | ) ) |
| v. | ) ) |
| ALEX JONES, | ) |
| INFOWARSSTORE.COM | ) |
| GLOBAL HEALING CENTER, | ) |
| DR. EDWARD GROUP, | ) ) |
| Defendant(s) | ) ) ) |

### MOTION FOR DEFAULT JUDGMENT

NOW COMES, Plaintiff MICHAEL HOGG, by and through his attorneys, Avila Law Group, LLC, under 735 ILCS 5/2-1301, files this MOTION FOR DEFAULT JUDGMENT, as to their complaint against Defendant GLOBAL HEALING CENTER. In support Plaintiff states as follows:

1. On August 15, 2017, Plaintiff Michael Hogg filed case no. 2017 M6 062046 against Defendants Alex Jones, Infowarsstore.com, Global Healing Center, and Dr. Edward Group, for Strict Products Liability, Fraud, and Conspiracy to Commit Fraud and demanded damages for $1,000,000.00 plus punitive damages and attorneys fees.

2. A Motion for Alias Summons was granted on November 11, 2017.

3. Defendant Global Healing Center was served with a Summons and Complaint on February 6, 2018. A true and correct copy of the Affidavit of the Process Server is attached to this motion.

4. To date, Defendant has failed to appear, answer or otherwise plead, under the Illinois Rules of Civil Procedure, 735 ILCS 5/2-1301, making a default judgment proper.

WHEREFORE: Petitioner prays this Honourable Court grant as follows:

1. An Order granting Plaintiff's Motion for Default Judgment as to all claims contained in filed case No. 2017 M6 062046 against Defendant Global Healing Center.

2. An award to the Plaintiff in the amount of $1,000,000.00 plus punitive damages and attorneys fees.

3. Any other order this court deems right and just.

ELECTRONICALLY FILED
4/11/2018 5:09 PM
2017-L-062046
PAGE 2 of 2

Attorney Code 45783      by: _____/s/Frank Avila_____
ÁVILA LAW GROUP LLC       One of Plaintiff's Attorneys
Attorneys for Plaintiff
7132 N. Harlem
Suite 104
Chicago, Illinois 60631
773-671-3480 telephone
FrankAvilaLaw@GMail.com

# AFFIDAVIT OF PROCESS SERVER

ELECTRONICALLY FILED
4/11/2018 5:09 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## IN THE CIRUCUIT COURT OF COOK COUNTY          County of Cook

**MICHAEL EUGENE HOGG**

Plaintiff

vs.

**GLOBAL HEALING CENTER; GROUP EDWAR; INFOWARSTORE.COM; JONES ALEX**

Defendant

Attorney:

AVILA LAW GROUP
6601 N. AVONDALE #203
CHICAGO, IL. 60631

**Case Number: 2017-l-062046**

**Court / Appearance Date:** 02-13-2018
**Court Time:**

Legal documents received by HOUSTON COURT PROCESSORS on January 26th, 2018 at 5:00 PM to be served upon **GLOBAL HEALING CENTER at 2040 NORTH LOOP WEST #234, HOUSTON, TX. 77018**

I, CHARLES LINDSAY, swear and affirm that on **February 06th, 2018 at 11:41 AM,** I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **SUMMONS AND COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD AND STRICT PRODUCT LIABILITY** to **RECEPTIONIST, REFUSED TO GIVE HER NAME** as of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

**CHARLES LINDSAY**
Process Server

**HOUSTON COURT PROCESSORS**
P.O.Box 891001
Houston, 77289

(832) 453-4743

Internal Job ID: 2018000096

Reference Number: MICHAEL EUGENE HOGG

The foregoing instrument was acknowledged before me on this ___12___ day of ___FEBRUARY___, 2018, by ___CHARLES LINDSAY___ who is personally known to me or who has produced ___TDL___ as identification.

_____
Notary Printed Name

_____
Notary Signature

_____
Commission Expiration Date



TERESA ANN WHITMORE
Notary ID #128827162
My Commission Expires
May 30, 2021

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

ELECTRONICALLY FILED
4/11/2018 5:11 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY**
**LAW DIVISION**

|  |  |
|---|---|
| MICHAEL E. HOGG, | ) ) ) ) Nos. 2017-L-062046 |
| Plaintiff | ) ) |
| v. | ) ) |
| ALEX JONES, | ) |
| INFOWARSSTORE.COM | ) |
| GLOBAL HEALING CENTER, | ) |
| DR. EDWARD GROUP, | ) |
|  | ) |
| Defendant(s) | ) ) ) |

## MOTION FOR DEFAULT JUDGMENT

NOW COMES, Plaintiff MICHAEL HOGG, by and through his attorneys, Avila Law

Group, LLC, under 735 ILCS 5/2-1301, files this MOTION FOR DEFAULT JUDGMENT, as to

their complaint against Defendant DR. EDWARD GROUP. In support Plaintiff states as

follows:

1.  On August 15, 2017, Plaintiff Michael Hogg filed case no. 2017 M6 062046 against

    Defendants Alex Jones, Infowarsstore.com, Global Healing Center, and Dr. Edward

    Group, for Strict Products Liability, Fraud, and Conspiracy to Commit Fraud and

    demanded damages for $1,000,000.00 plus punitive damages and attorneys fees.

2.  A Motion for Alias Summons was granted on November 11, 2017.

3.  Defendant Dr. Edward Group was served with a Summons and Complaint on March

    8, 2018. A true and correct copy of the Affidavit of the Process Server is attached to

    this motion.

4. To date, Defendant has failed to appear, answer or otherwise plead, under the Illinois Rules of Civil Procedure, 735 ILCS 5/2-1301, making a default judgment proper.

WHEREFORE: Petitioner prays this Honourable Court grant as follows:

1. An Order granting Plaintiff's Motion for Default Judgment as to all claims contained in filed case No. 2017 M6 062046 against Defendant Dr. Edward Group.

2. An award to the Plaintiff in the amount of $1,000,000.00 plus punitive damages and attorneys fees.

3. Any other order this court deems right and just.

ELECTRONICALLY FILED
4/11/2018 5:11 PM
2017-L-062046
PAGE 2 of 2

Attorney Code 45783
ÁVILA LAW GROUP LLC
Attorneys for Plaintiff
7132 N. Harlem
Suite 104
Chicago, Illinois 60631
773-671-3480 telephone
FrankAvilaLaw@GMail.com

by: _____/s/Frank Avila_____
One of Plaintiff's Attorneys

ELECTRONICALLY FILED
4/11/2018 5:11 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# AFFIDAVIT OF PROCESS SERVER

## IN THE CIRUCUIT COURT OF COOK COUNTY

**County of Cook**

**MICHAEL EUGENE HOGG**

    Plaintiff

vs.

**GLOBAL HEALING CENTER; GROUP EDWAR;
INFOWARSTORE.COM; JONES ALEX**

    Defendant

Attorney:

AVILA LAW GROUP
6601 N. AVONDALE #203
CHICAGO, IL. 60631

**Case Number:** 2017-l-062046

**Court / Appearance Date:** 03-14-2018
**Court Time:**

Legal documents received by HOUSTON COURT PROCESSORS on February 28th, 2018 at 5:00 PM to be served upon **GROUP EDWARD at 2040 NORTH LOOP WEST, HOUSTON, TX. 77018**

I, MARK A. WHITMORE, swear and affirm that on **March 08th, 2018 at 11:26 AM,** I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **SUMMONS AND COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD AND STRICT PRODUCT LIABILITY** to **GROUP EDWARD** as **MANAGER** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_Mark A Whitmore_
**MARK A. WHITMORE**
Process Server, # 1314

**HOUSTON COURT PROCESSORS**
**P.O.Box 891001**
**Houston, 77289**

**(832) 453-4743**

Internal Job ID: 2018000301

Reference Number: MICHAEL EUGENE HOGG

The foregoing instrument was acknowledged before me on this ___9___ day of ___MARCH___ 2018, by ___MARK A WHITMORE___ who is personally known to me or who has produced _____ as identification.

_____
Notary Printed Name

_____
Notary Signature

Commission Expiration Date _____



TERESA ANN WHITMORE
Notary ID #128827162
My Commission Expires
May 30, 2021

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

Order                                          (Rev. 02/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Michael Hogg

v.

Alex Jones,
Global Healing Center,
Infowarsstore.com,
Group Edward,

|ORDER

No. 2017-L-062046

This matter coming before
This Honorable Court for Status, Status on Service,
and Oral Motion(s) for Default and written Motions for Default.
   1. All Defendants (Alex Jones,
Global Healing Center, Infowars.com, Group Edward)
have been served. Global Healing Center
was served on February 6th, 2018 Alex Jones,
Infowars.com, and Group Edward were all
served on March 8th and March 9th, 2018.
   2. It has been over 30 days since all
all defendants were served. No defendants have
File & Appearance.  2.All defendants are in Default.  421A
   2.All defendants are in Default's Technical Default's
An order for Technical Default's
entered ENTERED: by this Honorable Court.

Attorney No.: 45783
Name: Frank Avila
Atty. for: Michael Hogg — Plaintiff
Address: 7132 N. Harlem Ave. (Suite 107)
City/State/Zip: Chicago, IL
Telephone: 773-671-3480
Dated:

Associate Judge Jeffery L. Warnick
APR 25 2018  JS
Circuit Court - 2024
Judge's No. 247

   4. Prove up is set on 6-6-2018 at 9AM
in the Skokie Courthouse Room 202, Judge Warnick.
for Default Judgment.
   5. Plaintiff shall serve all Defendants Notice of
Prove up for Default Judgment by mail set for 6-6-2018.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**  421B

```
CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM. 801, DALEY CTR.
CHICAGO, IL. 60602


ID: LD2017L062046    20180427000028
HOGG MICHAEL EUGE
PRO SE
                   00000

         * * * * *  N O T I C E  * * * * *

                CASE  17-L-062046

  HOGG MICHAEL EUGENE      V.      JONES ALEX

  YOU ARE NOTIFIED THAT AN ORDER FOR DEFAULT WAS ENTERED
  AGAINST GLOBAL HEALING CENTER
  ON 04/25/2018 BY JUDGE WARNICK, JEFFREY, L.

  ATTENTION: EFFECTIVE JANUARY 2, 2014, PARTIES RECEIVING
  POSTCARD NOTICE WILL BE CHARGED A STATUTORY FEE OF $15.00 +
  POSTAGE. TO AVOID THIS FEE REGISTER FOR ELECTRONIC COURT
  NOTICE AT WWW.COOKCOUNTYCLERKOFCOURT.ORG.
```

```
CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM. 801, DALEY CTR.
CHICAGO, IL. 60602


ID: LD2017L062046    20180427000029
HOGG MICHAEL EUGE
PRO SE

              00000

      * * * * *  N O T I C E  * * * * *

              CASE  17-L-062046

  HOGG MICHAEL EUGENE      V.      JONES ALEX

  YOU ARE NOTIFIED THAT AN ORDER FOR DEFAULT WAS ENTERED
  AGAINST GROUP EDWARD
  ON 04/25/2018 BY JUDGE WARNICK, JEFFREY, L.

  ATTENTION: EFFECTIVE JANUARY 2, 2014, PARTIES RECEIVING
  POSTCARD NOTICE WILL BE CHARGED A STATUTORY FEE OF $15.00 +
  POSTAGE. TO AVOID THIS FEE REGISTER FOR ELECTRONIC COURT
  NOTICE AT WWW.COOKCOUNTYCLERKOFCOURT.ORG.
```

```
CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM. 801, DALEY CTR.
CHICAGO, IL. 60602


ID: LD2017L062046    20180427000030
HOGG MICHAEL EUGE
PRO SE
                    00000
```

```
          * * * * *  N O T I C E  * * * * *

                  CASE  17-L-062046

    HOGG MICHAEL EUGENE      V.      JONES ALEX

    YOU ARE NOTIFIED THAT AN ORDER FOR DEFAULT WAS ENTERED
    AGAINST INFOWARSSTORE.COM
    ON 04/25/2018 BY JUDGE WARNICK, JEFFREY, L.

    ATTENTION: EFFECTIVE JANUARY 2, 2014, PARTIES RECEIVING
    POSTCARD NOTICE WILL BE CHARGED A STATUTORY FEE OF $15.00 +
    POSTAGE. TO AVOID THIS FEE REGISTER FOR ELECTRONIC COURT
    NOTICE AT WWW.COOKCOUNTYCLERKOFCOURT.ORG.
```

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM. 801, DALEY CTR.
CHICAGO, IL. 60602


ID: LD2017L062046    20180427000031
HOGG MICHAEL EUGE
PRO SE

                    00000

          * * * * *  N O T I C E  * * * * *

                CASE  17-L-062046

  HOGG MICHAEL EUGENE       V.      JONES ALEX

  YOU ARE NOTIFIED THAT AN ORDER FOR DEFAULT WAS ENTERED
  AGAINST JONES ALEX
  ON 04/25/2018 BY JUDGE WARNICK, JEFFREY, L.

  ATTENTION: EFFECTIVE JANUARY 2, 2014, PARTIES RECEIVING
  POSTCARD NOTICE WILL BE CHARGED A STATUTORY FEE OF $15.00 +
  POSTAGE. TO AVOID THIS FEE REGISTER FOR ELECTRONIC COURT
  NOTICE AT WWW.COOKCOUNTYCLERKOFCOURT.ORG.

ELECTRONICALLY FILED
5/4/2018 3:06 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

041982/19828/BMW/ANR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

MICHAEL HOGG,

        Plaintiff,

v.

ALEX JONES, INFOWARSSTORE.COM,
GLOBAL HEALING CENTER, DR. EDWARD
GROUP,

        Defendants.

No. 17 L 62046

### NOTICE OF FILING

TO:    Frank Avila, Avila Law Group, 7132 N. Harlem Ave., Ste. 107, Chicago, IL 60631
        Via E-Mail: frankavilalaw@gmail.com | (773) 671-3480

    **PLEASE TAKE NOTICE** that on May 4, 2018 we filed our Appearance with the Clerk
of the Circuit Court of Cook County, Illinois, a copy of which is herewith served upon you.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

    By: _____
        One of the Attorneys for Defendants, PQPR
        HOLDINGS LIMITED, LLC *(incorrectly
        named and sued as INFOWARSSTORE.COM)*
        and ALEX JONES

Bruce M. Wall
Alexandra N. Reitzner
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
bwall@cassiday.com
areitzner@cassiday.com

041982/19828/BMW/ANR
MICHAEL HOGG v. ALEX JONES, et al.

## CERTIFICATE OF SERVICE VIA EMAIL

      Michelle Palumbo, being first duly sworn upon oath deposes and states that a true and correct copy of the foregoing document was served via email to the named attorneys of record at their respective email addresses, on the attached service list, by emailing the same before the hour of 5:00 p.m., on May 4, 2018. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

8842260 AREITZNE;MPALUMBO

ELECTRONICALLY FILED
5/4/2018 3:06 PM
2017-L-062046
PAGE 2 of 2

2

Appearance                                                                    (12/30/15) CCL N530

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

HOGG MICHAEL EUGENE
_____
                              Plaintiff          No. 2017-L-062046
                                                 _____

                v.                               Calendar: G

JONES ALEX                                       ELECTRONICALLY FILED
_____                  5/4/2018 3:06 PM
                              Defendant           2017-L-062046
                                                 CALENDAR: G
                                                 PAGE 1 of 1
                                                 CIRCUIT COURT OF
                  **APPEARANCE**                  COOK COUNTY, ILLINOIS
                                                 LAW DIVISION
                                                 CLERK DOROTHY BROWN

☑  GENERAL APPEARANCE            0900 – APPEARANCE – FEE PAID; 0909 – APPEARANCE – NO FEE;
                                 0904 – APPEARANCE FILED – FEE WAIVED

☐  JURY DEMAND                   1900 – APPEARANCE & JURY DEMAND FEE PAID
                                 1909 – APPEARANCE & JURY DEMAND NO FEE

The undersigned enter the appearance of:      ☐Plaintiff      ☑Defendant

                        INFOWARSSTORE.COM;JONES ALEX
                           (INSERT LITIGANT'S NAME)

                                        _____
                                             /s Alexandra  Reitzner
                                                    SIGNATURE

☑INITIAL COUNSEL OF RECORD          ☐PRO SE
☐ADDITIONAL APPEARANCE              ☐SUBSTITUTE APPEARANCE

        A copy of this appearance shall be given to all parties who have appeared and have not been found by the
Court to be in default.

☑Atty. No.:  44613_____   ☐ Pro Se 99500        **Pro Se Only:**  ☐I have read and agree to the terms of
(Please complete the following contact information.)    the Clerk's Office Electronic Notice Policy and choose
Name: CASSIDAY SCHADE LLP                              to opt in to electronic notice from the Clerk's office for
Atty. for: INFOWARSSTORE.COM                           this case at this email address:
Address: 222W ADAMSST#2900
City/State/Zip: CHICAGO, IL 60606                      _____
Telephone: (312) 641-3100
Primary Email: _____
Secondary Email: _____
Tertiary Email: _____

                **DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

041982/19828/BMW/ANR

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MICHAEL HOGG, | |
| Plaintiff, | |
| v. | No. 17 L 62046 |
| ALEX JONES, INFOWARSSTORE.COM, GLOBAL HEALING CENTER, DR. EDWARD GROUP, | Calendar G |
| Defendants. | |

## NOTICE OF MOTION

To:    See Attached Service List

On <u>May 22, 2018</u>, at <u>9:30 a.m.</u>, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jeffrey L. Warnick** or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 202**, of the Second Municipal District Courthouse, 5600 Old Orchard Road, Room 202, Skokie, Illinois, and shall then and there present *Defendants' Motion to Quash Purported Service and Vacate Order of Default*, a copy of which is hereby served upon you.

| Name: | CASSIDAY SCHADE LLP | Attorney For: | PQPR HOLDINGS LIMITED, LLC (*incorrectly named and sued as INFOWARSSTORE.COM*) and ALEX JONES |
|---|---|---|---|
| Address: | 222 West Adams Street, Suite 2900 | City/State/Zip: | Chicago, IL 60606 |
| Telephone: | (312) 641-3100 | Firm ID No.: | 44613 |

## CERTIFICATE OF SERVICE VIA EMAIL

Michelle Palumbo, a non-attorney, being first duly sworn upon oath deposes and states that a true and correct copy of the foregoing document was served via email to the named attorneys of record at their respective email addresses, on the attached service list, by emailing the same before the hour of 5:00 p.m., on May 4, 2018. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

041982/19828/BMW/ANR
MICHAEL HOGG v. ALEX JONES, et al.

## **SERVICE LIST**

ATTORNEYS FOR PLAINTIFF:
Frank Avila
Avila Law Group
7132 N. Harlem Ave.
Ste. 107
Chicago, IL 60631
(773) 671-3480
frankavilalaw@gmail.com

8840922 AREITZNE;MPALUMBO

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
PAGE 2 of 2

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 4
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

041982/19828/BMW/ANR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

MICHAEL HOGG,

           Plaintiff,

v.

ALEX JONES, INFOWARSSTORE.COM,
GLOBAL HEALING CENTER, DR.
EDWARD GROUP,

           Defendants.

No. 17 L 62046

## MOTION TO QUASH PURPORTED SERVICE AND VACATE ORDER OF DEFAULT

NOW COME Defendants, PQPR Holdings Limited, LLC (PQPR Holdings)(*incorrectly named and sued as INFOWARSSTORE.COM*) and ALEX JONES, by and through their attorneys, CASSIDAY SCHADE LLP, and moves this Court for an Order Quashing Service of Summons on it. In support thereof, PQPR Holdings and Alex Jones, state as follows:

    1. On August 15, 2017, Plaintiff, MICHAEL HOGG, *pro se*, filed the instant litigation in the Circuit Court of Cook County. *See* Complaint at Law, attached as *Exhibit A*.

    2. On November 29, 2017, this Court granted Plaintiff leave to issue an alias summons on all defendants. *See* Order of November 29, 2017, attached as *Exhibit B*.

    3. On March 8, 2016, Plaintiff attempted to serve the Summons and Complaint to Defendants, Alex Jones and Infowarsstore.com at 3001 S. Lamar Blvd., Austin, TX 78704 through the following method of service: delivery of the Summons and Complaint through the United States Postal Service.

4.     3001 S. Lamar Blvd., Austin, Texas is a nonexistent address. Therefore, the United States Post Office delivered the Summons to the closest valid address in the area: 3005 S. Lamar Blvd., Austin, Texas.

5.     Attached and in support of this Motion is the affidavit of David Jones, the Managing Member of JLJR Holdings, LLC, which certifies and attests that PQPR Holdings and Alex Jones were never personally served with process. *See* Affidavit, attached as ***Exhibit C***.

6.     Prior to the filing of any other pleading or motion other than a motion for an extension of time to answer or otherwise appear, a party may object to the court's jurisdiction over the party's person, either on the ground that the party is not amenable to process of a court of this State or on the ground of insufficiency of process or insufficiency of service of process, by filing a motion to dismiss the entire proceeding or any cause of action involved in the proceeding or by filing a motion to quash service of process. 735 ILCS 5/2-301(a).

7.     735 ILCS 5/2-204 provides as follows with respect to service on private corporations:

> "A private corporation may be served (1) by leaving a copy of the process with its registered agent or any officer or agent of the corporation found anywhere in the State; or (2) in any other manner now or hereafter permitted by law. A private corporation may also be notified by publication and mail in like manner and with like effect as individuals." 735 ILCS 5/2-204.

8.     Plaintiff did not personally serve Infowarslife's registered agent, nor did Plaintiff personally serve any officer or agent of Infowarslife or PQPR Holdings. Rather, the Summons and Complaint was mailed to Alex Jones through the United States Postal Service to an incorrect address.

9.     735 ILCS 5/2-203 provides as follows with respect to service on individuals:

> "Service on individuals (a) Except as otherwise expressly provided, service of summons upon an individual defendant shall be made (1) by leaving a copy of the

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
PAGE 2 of 4

summons with the defendant personally, (2) by leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the contents of the summons, provided the officer or other person making service shall also send a copy of the summons in a sealed envelope with postage fully prepaid, addressed to the defendant at his or her usual place of abode, or (3) as provided in Section 1-2-9.2 of the Illinois Municipal Code with respect to violation of an ordinance governing parking or standing of vehicles in cities with a population over 500,000….." 735 ILCS 5/2-203.

10.     Plaintiff did not leave a copy of the Summons and Complaint with Alex Jones personally, nor did he leave a copy at Alex Jones' usual place of abode.

11.     Since Plaintiff failed to achieve proper service upon Defendants PQPR Holdings and Alex Jones, this Court lacks jurisdiction over such Defendants and service of summons mailed to 3001 Lamar Blvd., Austin, TX should be quashed pursuant to 735 ILCS 5/2-301.

12.     On April 25, 2018, this Court accepted the purported service on Defendants, entered a default judgment against Defendants INFOWARSSTORE.COM and ALEX JONES, and set a prove up of damages for June 6, 2018. *See* purported service on Infowarsstore.com, attached as *Exhibit D*; purported service on Alex Jonas, attached as *Exhibit E*; and April 25, 2018 Order, attached as *Exhibit F*.

13.     Pursuant to Section 2-1301(e), "The court may in its discretion, before final order or judgment, set aside any default, and may on motion filed within 30 days after entry thereof set aside any final order or judgment upon any terms and conditions that shall be reasonable." The Illinois Supreme Court has held, "Where a litigant seeks to set aside a default under section 2-1301(e),... the litigant need not necessarily show the existence of a meritorious defense and a reasonable excuse for not having timely asserted such defense. Rather, the overriding consideration is simply whether or not substantial justice is being done between the litigants…" *People V. Ralph L.* (In re Haley D.), 2011 L 110886, ¶ 57.

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
PAGE 3 of 4

14.     This motion is filed within thirty days of entry of the April 25, 2018 judgment. Defendants therefore seek that the default judgment entered on April 25, 2018 be vacated.

15.     The filing of this motion shall not be used as any waiver of objection to jurisdiction on behalf of Defendants PQPR Holdings and Alex Jones.

WHEREFORE, Defendants, PQPR HOLDINGS LIMITED, LLC *(incorrectly named and sued as INFOWARSSTORE.COM)* and ALEX JONES, respectfully request this Court enter an Order quashing service of process, vacating the order of default, and dismissing this case, with prejudice, against it for lack of personal jurisdiction pursuant to 735 ILCS 5/2-301.

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
PAGE 4 of 4

Respectfully submitted,

CASSIDAY SCHADE LLP

By: _____

One of the Attorneys for Defendants,
PQPR HOLDINGS LIMITED, LLC *(incorrectly named and sued as INFOWARSSTORE.COM)* and ALEX JONES

Bruce M. Wall
Alexandra N. Reitzner
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
bwall@cassiday.com
areitzner@cassiday.com

8837737 AREITZNE;AREITZNE

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
ELECTRONICALLY FILED
8/15/2017 1:58 PM
2017-L-052046
CALENDAR: 11
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY COOK COUNTY, ILLINOIS
**LAW DIVISION**

|  |  |
|---|---|
| MICHAEL E. HOGG, | ) ) ) Nos. ) |
| **Plaintiff** | ) ) |
| v. | ) ) |
| **ALEX JONES,** **INFOWARSSTORE.COM** **GLOBAL HEALING CENTER,** **DR. EDWARD GROUP,** | ) ) ) ) ) ) |
| **Defendant(s)** | ) ) ) |

### COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD AND STRICT PRODUCT LIABILITY

NOW COMES Plaintiff MICHAEL E. HOGG, filing pro se, and complains against

ALEX JONES, INFOWARSSTORE.COM, GLOBAL HEALING CENTER and DR. EDWARD

GROUP for STRICT PRODUCTS LIBILITY, FRAUD, CONSPIRACY TO COMMIT

FRAUD. In support, Plaintiff states as follows.

### STATEMENT OF FACTS

1. Plaintiff MICHAEL E. HOGG is a resident of Glenview, Cook County, Illinois

2. Defendant ALEX JONES is a radio broadcaster who broadcasts on WCKG 1520am, and
   on the internet via his site INFORWARS.COM

3. Defendant INFOWARSSTORE.COM is the website where ALEX JONES sells his
   products including Advance Liver Cleanse Pack (Kit), and places it in interstate
   commerce.



EXHIBIT
A

ELECTRONICALLY FILED
5/4/2018 3:24 PM FILED
2017 L 012558 PM
2017-L-012046
PAGE 2 of 3

4. Defendant Dr. EDWARD GROUP is the individual who claims to have developed the Advance Liver Cleanse.

5. Defendant GLOBAL HEALING CENTER produces the Advance Liver Cleanse.

6. Plaintiff has a consulting company that manages business to business website websites, also owns weekend raised bed garden company and also fabricate/sell an automotive accessory, successfully from a home office since 2001.

7. Plaintiff learned about the Liver Shield/6 day cleans via listening to infowars.com

8. Plaintiff purchased the Advanced Liver Cleans Pack (Kit) in mid-June 2015 which consisted of Liver Shield and; Oxy-Powder

9. Plaintiff followed the watched a video about the 6 day liver cleanse on its health benefits produced via Alex Jone's inforwars. Because of my schedule, there was no time to do a 6 day cleanse so instead plaintiff took took a the Oxy-Powder pills (Magnesium)

10. Plaintiff tried the Liver Shield in late August, 2015. On that day, Plaintiff felt some pain in his abdomen. The pain subsided in a week

11. Plaintiff tried the Liver Shield again on Sunday September, 13 th 2015. On that day, he felt the same pain on his left side, which felt the similar to the previous pain, but much worse.

12. On Friday September, 18 th 2015 Plaintiff went to his primary physician and showed him the liver shield container.

13. Plaintiff's physician proceeded to explain to me that the pain is near my stomach/spleen and ordered blood tests

14. On Sunday September, 20 th 2015 Plaintiff contacted infowars using a chat log about the pain and emailed global health healing center about the pain.

ELECTRONICALLY FILED
6/5/2018 3:24 PM
2017-L-062046
PAGE 3 of 3

ELECTRONICALLY FILED
6/5/2018 3:24 PM
2017-L-062046

15. By that evening, Sunday September 20th 2015 Plaintiff was in the emergency room.

16. After review of his previous blood tests the Plaintiff's physician to send him home with pain medication.

17. Plaintiff insisted that they look further and both an ultrasound and a CT scan were performed. Plaintiff was admitted to the hospital and was given heparin, morphine and was visited by several physicians looking for possible issues

18. Test results results showed a large clot in the Plaintiff's portal vein and was proscribed blood thinners.

19. On August 10, 2017, Plaintiff had a followup MRI which showed that the portal vein could no longer be identified, and tortuous collateral veins had developed to compensate for the lack of portal vein.

20. Plaintiff suffers from pain every day.

21. Plaintiff's illness can be directly traced to the Liver cleans products purchased from the defendants.

## COUNT I- STRICT PRODUCTS LIABILITY (All Edefendants

22. Plaintiff hereby incorporates paragraphs 1-21 as paragraph 22 herein

23. At all times DR EDWARD GROUP was guaranteeing the health benefits of the liver cleans, and was selling the product produced by GLOBAL HEALING CENTER, with a product endorsement, guarantee and certification by ALEX JONES, and sold through ALEX JONE'S INFORWARSSTORE.COM.

24. At all times, Liver Shield Cleanse products in question were manufactured, sold and distributed, through the Defendants and their companies.

25. Said products the Oxy Powder, and Liver cleans contain chemicals that if taken in tandem with eachother can and do create negative health effects, including inducing blood clots.

26. None of the harmful side effects are listed on their website or on the packaging.

27. At all times relevant, Plaintiff MICHAEL HOGG was taking the Oxy-Powder and Liver cleans and had no history of chronic illness.

28. After taking the Oxy-powder and Liver cleans, plaintiff began to develop blood clots in his portal vein and has been suffering with pain.

29. The blood clots and pain has been directly and proximately caused by his taking the Oxy-powder and Liver cleans

ELECTRONICALLY FILED
EL564/2018 3:24 PM FILED
2015CH00123456 PM
2018-L-962046
PAGE 4 of 5

Count II-Fraud

30. Plaintiff hereby incorporates paragraphs 1-29 as paragraph 30 herein

31. Defendants knew that the products did not have any positive health affects

32. Defendants marketed and sold the Liver cleans products knowing that they did not have any positive health effects.

33. In doing so, Defendants sought to defraud the public by supplying a product that did not induce any positive health effects.

Count III-Conspiracy to Commit Fraud

34. Plaintiff hereby incorporates paragraphs 1-29 as paragraph 30 herein

35. Defendants knew that the products did not have any positive health affects

36. Defendants in concert, marketed and sold the Liver cleans products knowing that they did not have any positive health effects.

37. In doing so, Defendants in concert with eachother sought to defraud the public by
supplying a product that did not induce any positive health effects.

WHEREFOR- Plaintiff Michael Hogg prays this honorable court enter a judgment as
follows:

    A.  A Judgment in the amount of $1,000,000 from all Defendants for loss of income,
pain and suffering and punitive damages.

    B.  Any other judgment this court deems right and just

Michael E. Hogg—Pro Se

Micheal E. Hogg

809 Glenwood Ln.

Glenview, IL 60025

847-729-7992

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-002046
PAGE 3 of 3

(Rev. 2/25/03)   CCL 0490
**ELECTRONICALLY FILED**
1/26/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**SUBURBAN LAW DIVISION**

Hogg, Michael

**Plaintiff(s)**

v.

No. 2017-L-062046

Jones, Alex

**Defendant(s)**

## CASE MANAGEMENT ORDER - LAW DIVISION
### Pursuant to Supreme Court Rule 218

(All copies of prior case management orders must be available for presentation to the court upon request of the judge.)
(Please check off all pertinent paragraphs and circle proper party name.)

| | | |
|---|---|---|
| (4296) | 1. | Written discovery & 213(f)(1) and (2) disclosures to be completed by _____ ; |
| (4218) | 2. | Oral Discovery & 213(f)(1) and (2) depositions to be completed by _____ ; |
| (4218) | 3. | Treating physicians depositions to be completed by _____ ; |
| (4288) | 4. | Subpoenas for treating physicians depositions to be issued by _____ ; |
| (4296) | 5. | _____ shall complete outstanding written discovery by _____ ; |
| (4218) | 6. | _____ shall be presented for deposition by _____ ; |
| (4206) | 7. | Plaintiff/Defendant/Add. Party shall answer 213 (f)(3) interrogatories by _____ ; |
| (4218) | 8. | Plaintiff's 213(f)(3) witnesses to be deposed by _____ ; |
| (4218) | 9. | Defendant's 213(f)(3) witnesses to be deposed by _____ ; |
| (4218) | 10. | Additional party's 213(f)(3) witnesses to be deposed by _____ ; |

X  11. Additional Orders or Modifications: Plaint. 4 is granted
leave to issue a lovis summons against all
defendants upon

X  12. This matter is set in Room 202 for: Status on service of process
(4315) X ☑ status at 9:00 a.m. on 2/13/2018

**NOTICE**

* Failure of any party to comply with this Case Management Order will be a basis for Rule 219(c) sanctions.
Failure of any party to enforce this Case Management Order
will constitute a waiver of such discovery by that party.
* All cases arriving on the Trial Call _____ must
have all discovery in Lines 1 through 10 completed.
* A copy of this order is to be sent to each party by his/her
counsel within 10 (ten) days of the initial Case Management
Date.

Atty. No.: 48848
Name: James Snyder
Atty. for: Plaintiff
Address: 200 E. Evergreen #121
City/State/Zip: Mt. Prospect, IL 60056
Telephone: 847-___ ___ 856 847-749-3___

**ENTERED**
NOV 29 2017
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

ENTERED Judge Jeffrey L. Warnick 2025  NOV 29 2017
Judge                                    Judge's Stamp

Judge _____ Judge's No. _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
PAGE 6 of

**EXHIBIT**
B

041982/19828/BMW/ANR

Firm ID No. 44613

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

MICHAEL HOGG,

        Plaintiff,

v.

LIVER SHIELD/INFOWARSLIFE AND
GLOBAL HEALING CENTER,

        Defendants.

No. 17 L 62046

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
PAGE 7 of 11

## AFFIDAVIT

I, David R. Jones DDS, being first duly sworn, state that I have personal knowledge of and can testify competently to the following:

1.    I am currently the Managing Member of JLJR Holdings, LLC, which is the Managing Member of PQPR Holdings Limited, LLC, and I have held this position since 2013. In my capacity as the Managing Member, I am knowledgeable and competent to attest to the matters set forth herein.

2.    PQPR Holdings Limited, LLC is permitted to use the trade name of Infowarslife by Free Speech Systems, LLC. PQPR Holdings uses the name Infowarslife to facilitate branding of its supplement business, and Free Speech Systems handles operations related to this business.

3.    On March 8, 2018, a certified letter addressed to Alex Jones was delivered to a United Parcel Service (UPS) store at 3005 S. Lamar Blvd. in Austin, Texas.



EXHIBIT
C



ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
PAGE 8 of 11

4.  The letter was originally misaddressed to the incorrect address of 3001 S. Lamar Blvd., Austin, Texas; however the United States Postal Service delivered it to 3005 S. Lamar Blvd., the closest valid address in this neighborhood.

5.  Inside the envelope was Plaintiff's Summons and Complaint in the above-captioned matter.

6.  Infowarslife is not associated with 3001 S. Lamar Blvd., Austin, Texas, nor has it ever been associated with 3005 S. Lamar Blvd., Austin, Texas.

7.  Neither I, a registered agent, nor any agent of Infowarslife was personally served with the Plaintiff's Summons and Complaint.

8.  Alex Jones was never personally served with the Plaintiff's Summons and Complaint.

Further Affiant Sayeth Not.

David Jones

SUBSCRIBED and SWORN to before me

This ___ nd ___ day of May, 2018.

Notary Public

TIMOTHY JAMES FRUGE
Notary Public, State of Texas
Comm. Expires 04-21-2022
Notary ID 128791368

8837877

2

ELECTRONICALLY FILED
4/11/2018 5:06 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# AFFIDAVIT OF PROCESS SERVER

IN THE CIRUCUIT COURT OF COOK COUNTY     County of Cook State of Illinois

**MICHAEL EUGENE HOGG**

    Plaintiff

vs.

**GLOBAL HEALING CENTER; GROUP EDWAR; INFOWARSTORE.COM; JONES ALEX**

    Defendant

Attorney:

AVILA LAW GROUP
6601 N. AVONDALE #203
CHICAGO, IL. 60631

Case Number: 2017-l-062046

Court / Appearance Date: 03-14-2018
Court Time:

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
PAGE 9 of 11

Legal documents received by HOUSTON COURT PROCESSORS on February 28th, 2018 at 5:00 PM to be served upon INFOWARSTORE.COM at 3001 S. LAMAR BLVD #100, AUSTIN, TX. 70802

I, MARK A. WHITMORE, swear and affirm that on March 09th, 2018 at 10:10 AM, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **SUMMONS AND COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD AND STRICT PRODUCT LIABILITY** to  INFOWARSTORE.COM by CMRRR 7013 2630 0001 8245 2422 as  of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.


**MARK A. WHITMORE**
Process Server, # 1314

**HOUSTON COURT PROCESSORS**
P.O.Box 891001
Houston,  77289

**(832) 453-4743**

Internal Job ID: 2018000300

Reference Number: MICHAEL EUGENE HOGG

The foregoing instrument was acknowledged before me on this ____ day of _____ 2018, by _____, who is personally known to me or who has produced _____ as identification.

_____
Notary Printed Name

_____
Notary Signature

Commission Expiration Date



TERESA ANN WHITMORE
Notary ID #128827162
My Commission Expires
May 30, 2021

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.



**EXHIBIT**

D

ELECTRONICALLY FILED
4/11/2018 5:03 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# AFFIDAVIT OF PROCESS SERVER

**IN THE CIRUCUIT COURT OF COOK COUNTY**          **County of Cook State of Illinois**

| | |
|---|---|
| **MICHAEL EUGENE HOGG** | Attorney: |
| Plaintiff | |
| | **AVILA LAW GROUP** |
| vs. | 6601 N. AVONDALE #203 |
| | CHICAGO, IL. 60631 |
| **GLOBAL HEALING CENTER; GROUP EDWAR;** | |
| **INFOWARSTORE.COM; JONES ALEX** | |
| Defendant | |

**Case Number: 2017-l-062046**          **Court / Appearance Date: 03-14-2018**
                                        **Court Time:**

Legal documents received by HOUSTON COURT PROCESSORS on February 28th, 2018 at 5:00 PM to be served upon **ALEX JONE at 3001 S. LAMAR BLVD #100, AUSTIN, TX. 78704**

I, MARK A. WHITMORE, swear and affirm that on **March 08th, 2018 at 10:02 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **SUMMONS AND COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD AND STRICT PRODUCT LIABILITY** to ALEX JONES by CMRRR 7013 2630 0001 8245 2439 as of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
PAGE 10 of 11

| | |
|---|---|
| *Mark A. Whitmore* | The foregoing instrument was acknowledged before me |
| **MARK A. WHITMORE** | on this ___ day of MARCH |
| Process Server, # 1314 | 2018, by _____ who is |
| | personally known to me or who has produced |
| **HOUSTON COURT PROCESSORS** | _____ as identification. |
| P.O.Box 891001 | |
| Houston, 77289 |  |
| | |
| **(832) 453-4743** | _____   _____ |
| | Notary Printed Name    Notary Signature |
| Internal Job ID: 2018000299 | |
| | Commission Expiration Date |
| Reference Number: MICHAEL EUGENE HOGG | **TERESA ANN WHITMORE** |
| | Notary ID #128027162 |
| | My Commission Expires |
| | May 30, 2021 |

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.



**EXHIBIT**

E



EXHIBIT
F

Order                                    (Rev. 02/24/05) CCG N002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Michael Hogg

v.

Alex Jones,
Global Healing Center,
Infowarsstore.com,       } ORDER
  Group Edward,

No. 2017-L-062046

ELECTRONICALLY FILED
5/4/2018 3:24 PM
2017-L-062046
PAGE 11 of 11

This matter coming before
This Honorable Court for Status, Status on Service,
and Oral Motion(s) for Default and written Motions for Default.
    1. All Defendants (Alex Jones,
Global Healing Center, Infowars.com, Group Edward)
have been served. Global Healing Center
was served on February 6th, 2018 Alex Jones,
Infowars.com, and Group Edward were all
served on March 8th and March 9th, 2018.
all defendants were served. No defendants have
    2. It has been over 30 days since
    File & Appearance.
    2. All defendants are in Default.
An order for Technical Default is
entered today by this Honorable Court.
ENTERED:

Attorney No.: 45783
Name: Frank Avila
Atty. for: Michael Hogg — Plaintiff
Address: 7132 N. Harlem Ave. Suite 107
City/State/Zip: Chicago, IL.
Telephone: 773-671-3480

Dated: APR 25 2018

Associate Judge Jeffery L. Warnick
Circuit Court - 2024

Judge                 Judge's No.

    4. Prove up is set on 6-6-2018 at 9 AM
in the Skokie Courthouse Room 202, Judge Warnick.
for Default Judgment.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

    5. Plaintiff shall serve all Defendants Notice of
Prove up for Default Judgment by mail set for 6-6-2018.



**E-Notice**

2017-L-062046
CALENDAR: G

To: ARNSTEIN & LEHR
sharilee.smentek@saul.com

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**MICHAEL EUGENE HOGG vs. ALEX JONES**

The transmission was received on 05/18/2018 at 3:54 PM and was ACCEPTED with
the Clerk of the Circuit Court of Cook County on 05/18/2018 at 4:18 PM.

**APPEARANCE (JURY DEMAND) - FEE**

**EXHIBITS (Hogg - Appearance and Jury Demand)**

Filer's Email:     sharilee.smentek@saul.com
Filer's Fax:       (312) 876-7383
Notice Date:       5/18/2018 4:18:28 PM
Total Pages:       3

**DOROTHY BROWN**
**CLERK OF THE CIRCUIT COURT**
COOK COUNTY
RICHARD J. DALEY CENTER, ROOM 1001
CHICAGO, IL 60602

(312) 603-5031
courtclerk@cookcountycourt.com

**Appearance**                                                         **(12/30/15) CCL N530**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

HOGG MICHAEL EUGENE
                                Plaintiff

v.

JONES ALEX
                                Defendant

No.  2017-L-062046

Calendar:  G

ELECTRONICALLY FILED
5/18/2018 3:54 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## APPEARANCE

☐ GENERAL APPEARANCE          0900 – APPEARANCE – FEE PAID; 0909 – APPEARANCE – NO FEE;
                              0904 – APPEARANCE FILED – FEE WAIVED

☑ JURY DEMAND                 1900 – APPEARANCE & JURY DEMAND FEE PAID
                              1909 – APPEARANCE & JURY DEMAND NO FEE

The undersigned enter the appearance of:     ☐ Plaintiff      ☑ Defendant

GLOBAL HEALING CENTER
(INSERT LITIGANT'S NAME)

/s Sharilee Kempa Smentek
SIGNATURE

☑ INITIAL COUNSEL OF RECORD        ☐ PRO SE
☐ ADDITIONAL APPEARANCE            ☐ SUBSTITUTE APPEARANCE

    A copy of this appearance shall be given to all parties who have appeared and have not been found by the
Court to be in default.

☑ Atty. No.:   25188          ☐ Pro Se 99500
(Please complete the following contact information.)
Name:  ARNSTEIN & LEHR
Atty. for:  GLOBAL HEALING CENTER
Address:  161 N CLARK #4200
City/State/Zip:  CHICAGO, IL 60601
Telephone:  (312) 876-7100
Primary Email:  sharilee.smentek@saul.com
Secondary Email:  laura.rodriguez@saul.com
Tertiary Email:  docket@saul.com

**Pro Se Only:**  ☐ I have read and agree to the terms of
the Clerk's Office Electronic Notice Policy and choose
to opt in to electronic notice from the Clerk's office for
this case at this email address:

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ELECTRONICALLY FILED
5/18/2018 3:54 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| MICHAEL E. HOGG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    2017 L 062046 |
| | ) | |
| | ) | |
| ALEX JONES, | ) | |
| INFORWARSSTORE.COM, | ) | |
| GLOBAL HEALING CENTER, and | ) | |
| DR. EDWARD GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE AND JURY DEMAND

The undersigned, an attorney, enters the Appearance of Defendants, GLOBAL

HEALING CENTER and DR. EDWARD GROUP.

Defendants demand trial by twelve-person jury.

SAUL EWING ARNSTEIN & LEHR LLP


By: /s/ Sharilee K. Smentek _____

David S. Waxman
Sharilee K. Smentek
Saul Ewing Arnstein & Lehr LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 876-7100
Firm No. 25188
david.waxman@saul.com
sharilee.smentek@saul.com

114910088.1

## CERTIFICATE OF SERVICE

Sharilee K. Smentek, an attorney, certifies that she served a copy of the **APPEARANCE AND JURY DEMAND** on:

Frank Avila
Avila Law Group
7132 N. Harlem Ave.
Suite 107
Chicago, IL 60631
frankavilalaw@gmail.com

Bruce M. Wall
Alexandra N. Reitzner
Cassiday Schade LLP
222 W. Adams St.
Suite 2900
Chicago, IL 60606
bwall@cassiday.com
areitzner@cassiday.com

via email and by depositing true and correct copies of the same in a sealed envelope, with proper postage prepaid, addressed to the above and depositing the same in the U.S. Mail at 161 N. Clark Street, Chicago, Illinois 60601 before 4:00 p.m. on Fri, May 18, 2018.

/s/ Sharilee K. Smentek

ELECTRONICALLY FILED
5/18/2018 3:54 PM
2017-L-062046
PAGE 2 of 2

114910088.1

# Law DIVISION
## Litigant List

Printed on 05/18/2018

Case Number: 2017-L-062046

Page 1 of 1

## Plaintiffs

| Plaintiffs Name | Plaintiffs Address | State | Zip | Unit # |
|---|---|---|---|---|
| HOGG MICHAEL EUGENE | 809 GLENWOOD LN. | IL | 0000 | |

Total Plaintiffs: **1**

## Defendants

| Defendant Name | Defendant Address | State | Unit # | Service By |
|---|---|---|---|---|
| GLOBAL HEALING CENTER | 2040 NORTH LOOP WEST, SU | TX | 0000 | |
| GROUP EDWARD | 2040 NORTH LOOP WEST, SU | TX | 0000 | |
| INFOWARSSTORE.COM | 3001 S LAMAR BLVD STE 10 | TX | 0000 | |
| JONES ALEX | | | 0000 | |

Total Defendants: **4**



**E-Notice**

2017-L-062046

CALENDAR: G

To:  Sharilee Kempa Smentek
     sharilee.smentek@saul.com

---

# NOTICE OF ELECTRONIC FILING

---

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**MICHAEL EUGENE HOGG vs. ALEX  JONES**

The transmission was received on 05/18/2018 at 4:16 PM and was ACCEPTED with
the Clerk of the Circuit Court of Cook County on 05/18/2018 at 4:18 PM.

**MOTION (Motion to Quash Service)**

**EXHIBITS (Ex. 1 - Complaint)**

**EXHIBITS (Ex. 2 - 11-29-17 Order)**

**EXHIBITS (Group Ex. 3 - Alias Summonses - Global Healing, Group Edward)**

**EXHIBITS (Ex. 4 - Affid. of Process Server 2-12-18)**

**EXHIBITS (Ex. 5 - Affid. of Process Server 3-09-18)**

**EXHIBITS (Ex. 6 - 4-25-18 Order)**

**EXHIBITS (Ex. 7 - Affid. of Molly Latham)**

**EXHIBITS (Ex. 8 - Affid. of Dr. Edward F. Group III.pdf)**

Filer's Email:   sharilee.smentek@saul.com
Filer's Fax:     (312) 876-7383
Notice Date:     5/18/2018 4:18:16 PM
Total Pages:     30

**DOROTHY BROWN**
**CLERK OF THE CIRCUIT COURT**
COOK COUNTY
RICHARD J. DALEY CENTER, ROOM 1001
CHICAGO, IL 60602

(312) 603-5031

courtclerk@cookcountycourt.com

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 8
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| MICHAEL E. HOGG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    2017 L 062046 |
| | ) | |
| | ) | |
| ALEX JONES, | ) | |
| INFORWARSSTORE.COM, | ) | |
| GLOBAL HEALING CENTER, and | ) | |
| DR. EDWARD GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:     See Certificate of Service

PLEASE TAKE NOTICE that on **May 22, 2018** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Jeffrey L. Warnick or any judge sitting in his stead, in courtroom 202 of the Second Municipal District Courthouse, 5600 Old Orchard Road, Skokie, Illinois, and will then and there present the **MOTION TO QUASH DEFECTIVE SERVICE OF SUMMONS AND TO VACATE ORDER OF DEFAULT OF DEFENDANTS GLOBAL HEALING CENTER AND DR. EDWARD GROUP**, a copy of which is attached and hereby served upon you.

GLOBAL HEALING CENTER and DR. EDWARD GROUP,

By: /s/ Sharilee K. Smentek
One of their attorneys

David S. Waxman
Sharilee K. Smentek
Saul Ewing Arnstein & Lehr LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois  60601
(312) 876-7100
Firm No. 25188
david.waxman@saul.com
sharilee.smentek@saul.com

## <u>CERTIFICATE OF SERVICE</u>

       Sharilee K. Smentek, an attorney, certifies that she served copies of **NOTICE OF** and **DEFENDANTS GLOBAL HEALING CENTER AND DR. EDWARD GROUP'S MOTION TO QUASH DEFECTIVE SERVICE OF SUMMONS AND TO VACATE ORDER OF DEFAULT** on:

Frank Avila
Avila Law Group
7132 N. Harlem Ave.
Suite 107
Chicago, IL 60631
frankavilalaw@gmail.com

Bruce M. Wall
Alexandra N. Reitzner
Cassiday Schade LLP
222 W. Adams St.
Suite 2900
Chicago, IL 60606
bwall@cassiday.com
areitzner@cassiday.com

via email and by depositing true and correct copies of the same in a sealed envelope, with proper postage prepaid, addressed to the above and depositing the same in the U.S. Mail at 161 N. Clark Street, Chicago, Illinois 60601 before 4:00 p.m. on Fri, May 18, 2018.

                               /s/ Sharilee K. Smentek

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 2 of 8

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 3 of 8

| | | | |
|---|---|---|---|
| MICHAEL E. HOGG, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 2017 L 062046 |
| | ) | | |
| | ) | | |
| ALEX JONES, | ) | | |
| INFORWARSSTORE.COM, | ) | | |
| GLOBAL HEALING CENTER, and | ) | | |
| DR. EDWARD GROUP, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**MOTION TO QUASH DEFECTIVE SERVICE OF SUMMONS**
**AND TO VACATE ORDER OF DEFAULT DEFENDANTS OF GLOBAL HEALING**
**CENTER AND DR. EDWARD GROUP**

Defendants, Global Healing Center ("Global Healing") and Dr. Edward Group ("Dr. Group"), by their attorneys, Saul Ewing Arnstein & Lehr LLP, for their Motion to Quash Defective Service of Summons and to Vacate Order of Default, state as follows:

1. Plaintiff Michael E. Hogg ("Plaintiff") filed his Complaint for Fraud, Conspiracy to Commit Fraud and Strict Product Liability ("Complaint") on August 15, 2017. *See* Exhibit 1, Complaint.

2. On November 29, 2017, this Court granted Plaintiff leave to issue alias summons upon all defendants. *See* Exhibit 2, November 29, 2017 Order.

3. On January 26, 2018, Plaintiff caused to have Alias Summons issued to Global Healing and "Group Edward" by the Clerk of Court. *See* Group Exhibit 3, Alias Summonses.

4. According to Plaintiff's process server, he delivered copies of the summons and Complaint "to RECEPTIONIST, REFUSED TO GIVE HER NAME" at Global Healing Center,

2040 North Loop West #234, Houston, TX 77018 on February 6, 2018. *See* Exhibit 4, Affidavit

of Process Server dated February 12, 2018.

5.      According to Plaintiff's process server, he delivered copies of the summons and

Complaint to "GROUP EDWARD as MANAGER of the within named corporation" at Group

Edward, 2040 North Loop West, Houston, TX77018 on March 8, 2018. *See* Exhibit 5, Affidavit

of Process Server dated March 9, 2018.

6.      On April 25, 2018, this Court entered an order finding all defendants in technical

default, and set this matter over to June 6, 2018 for prove-up. *See* Exhibit 6, April 25, 2018

Order.

7.      As the Alias Summonses procured by Plaintiff are fatally defective and/or have

not been properly served, they should be quashed and the order finding these defendants in

technical default should be vacated.

8.      Global Healing is a Texas limited partnership. *See* Exhibit 7, Affidavit of Molly

Latham at ¶ 3.  Illinois law provides that "[a] partnership sued in its firm name may be served by

leaving a copy of the process with any partner personally or with any agent of the partnership

found anywhere in the State."  735 ILCS 5/2-205(a). Unfortunately for Plaintiff, service was

allegedly effected upon a "receptionist" who "refused to give her name." *See* Exhibit 4.

9.      Not only does Global Healing not have a working receptionist at its principal

office location in Texas (s*ee* Exhibit 7 at ¶ 4), such a receptionist could not at all be considered a

partner or agent of the partnership. *See e.g.*, *Dei v. Tumara Food Mart, Inc.*, 406 Ill. App. 3d

856 (1st Dist. 2010).  Moreover, and in any event, none of Global Healing's employees or

officers received copies of the Alias Summons or Complaint on February 6, 2018. *Id*. at ¶¶ 5-6.

Thus, service on Global Healing was clearly improper under Illinois law.

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 4 of 8

10.     Plaintiff's purported service on Dr. Group is equally defective.  As an initial matter, Plaintiff attempted to serve a "corporation" identified in Plaintiff's Alias Summons as "Group Edward."  *See* Group Exhibit 3 and Exhibit 5.   "Group Edward" is not corporation known to these defendants, nor is "Group Edward" a named party to this lawsuit.  Plaintiff's Alias Summons is therefore rendered defective as it is not directed to the proper party.  A summons served upon a non-existent party does not give the court jurisdiction. *Theodorakis v. Kogut*, 194 Ill. App. 3d 586, 589 (1990).  Because Plaintiff's Alias Summons fails to name Dr. Group, an individual, on its face, then under Illinois law it "is no summons at all." *Id.* at 588 (stating that a summons which does not name a person on its face and notify him to appear, is no summons at all, so far as the unnamed person is concerned).

11.     Even assuming, *arguendo*, that the Alias Summons were properly directed to Dr. Group, it was not properly served. Dr. Group is an individual residing in Texas.  Illinois law requires that an individual be served "(1) by leaving a copy of the summons with the defendant personally, [or] (2) by leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the contents of the summons, provided the officer or other person making service shall also send a copy of the summons in a sealed envelope with postage fully prepaid, addressed to the defendant at his or her usual place of abode." *See* 735 ILCS 5/2-203(a).  Unfortunately for Plaintiff, service was allegedly effected upon "Group Edward as Manager of the within named corporation." *See* Exhibit 5.   Plaintiff's process server did not leave a copy of the Alias Summons and Complaint with Dr. Group personally, nor did he leave a copy at Dr. Group's usual place of abode. *See* Exhibit 8, Affidavit of Dr. Edward F. Group III at ¶ 3.  Thus, service was not proper under Section 2-203(a) of the Illinois Code of Civil Procedure.

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 5 of 8

12.     Moreover, Plaintiff's defective Alias Summon to Group Edward, dated January 28, 2018, was expired at the time it was purportedly served.  *See* Group Exhibit 3.  The Alias Summons clearly states to any officer serving said summons that:

> This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this Summons shall be returned so endorsed.  ***This Summons may not be served later than thirty (30) days after its date***."

*Id.* (emphasis added).  Illinois Supreme Court Rule 102(b) further provides that "[n]o summons . . . may be served later than 30 days after its date."

13.     According to Plaintiff's process server, service on "Group Edward" was achieved on March 8, 2018.  *See* Group Exhibit 3.  Taking this as true, it means that Plaintiff's Alias Summons was expired at the time of service and, therefore, could not actually constitute effective service upon Dr. Group.  *See Hardy v. Bankers Life & Cas. Co.*, 19 Ill. App. 2d 75, 80 (1st Dist. 1958) (finding that summons was properly quashed under Rule 3, the predecessor to 102(b), where it was served on a defendant after the 30-day life of the summons had expired).

14.     Since Plaintiff failed to achieve proper service on Global Healing and Dr. Group, this Court lacks jurisdiction over these defendants and service of the Alias Summonses should be quashed.  735 ILCS 5/2-301.

15.     On April 25, 2018, this Court accepted the purported service on Global Healing and Dr. Group and entered a finding of technical default.  *See* Exhibit 6.

16.     Pursuant to section 2-1301(e) of the Illinois Code of Civil Procedure:

> "The court may in its discretion, before final order or judgment, set aside any default, and may on motion filed within 30 days after entry thereof set aside any final order of judgment upon any terms and conditions that shall be reasonable."

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 6 of 8

735 ILCS 5/2-1301. The Illinois Supreme Court has held, "[w]here a litigant seeks to set aside a default under Section 2-1301(e), . . . the litigant need not necessarily show the existence of a meritorious defense and a reasonable excuse for not having timely asserted such defense. Rather, the overriding consideration is simply whether or not substantial justice is being done between the litigants . . .." People v. Ralph L. (In re Haley D.), 2011 L 110886, ¶ 57.

17.     This motion is filed within thirty days of entry of the April 25, 2018 order. Global Healing and Dr. Group therefore seek that the finding of technical default entered on April 25, 2018 be vacated.

18.     This finding of default does not serve substantial justice as it is based upon improper and invalid service of process. Global Healing and Dr. Group are being denied the opportunity to defend against Plaintiff's allegations.

19.     The filing of this motion shall not be used as any waiver of objection to jurisdiction on behalf of Global Healing and Dr. Group.

WHEREFORE, defendants, Global Healing Center and Dr. Edward Group, respectfully request this Court enter an order which quashing service of process, vacating the finding of technical default, and dismissing this case, with prejudice, against them for lack of personal jurisdiction pursuant to 735 ILCS 5/2-301.

GLOBAL HEALING CENTER and DR. EDWARD GROUP,


By: /s/ Sharilee K. Smentek
        One of their attorneys

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 7 of 8

David S. Waxman
Sharilee K. Smentek
Saul Ewing Arnstein & Lehr LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois  60601
(312) 876-7100
Firm No. 25188
david.waxman@saul.com
sharilee.smentek@saul.com

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 8 of 8

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 6
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# Exhibit 1:
# Complaint

ELECTRONICALLY FILED
8/15/2017 11:58 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY**
**LAW DIVISION**

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 2 of 6

)
)
)
)        Nos.
**MICHAEL E. HOGG,**        )
)
**Plaintiff**        )
)
**v.**        )
**ALEX JONES,**        )
**INFOWARSSTORE.COM**        )
**GLOBAL HEALING CENTER,**        )
**DR. EDWARD GROUP,**        )
)
**Defendant(s)**        )
)
)

**COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD**
**AND STRICT PRODUCT LIABILITY**

NOW COMES Plaintiff MICHAEL E. HOGG, filing pro se, and complains against

ALEX JONES, INFOWARSSTORE.COM, GLOBAL HEALING CENTER and DR. EDWARD

GROUP for STRICT PRODUCTS LIBILITY, FRAUD, CONSPIRACY TO COMMIT

FRAUD. In support, Plaintiff states as follows.

**STATEMENT OF FACTS**

1. Plaintiff MICHAEL E. HOGG is a resident of Glenview, Cook County, Illinois

2. Defendant ALEX JONES is a radio broadcaster who broadcasts on WCKG 1520am, and
   on the internet via his site INFORWARS.COM

3. Defendant INFOWARSSTORE.COM is the website where ALEX JONES sells his
   products including Advance Liver Cleanse Pack (Kit), and places it in interstate
   commerce.

ELECTRONICALLY FILED
5/18/2018 4:16 PM
ELECTRONICALLY FILED
8/15/2017 11:38 PM
2017-L-062046
PAGE 2 of 5

4. Defendant Dr. EDWARD GROUP is the individual who claims to have developed the Advance Liver Cleanse.

5. Defendant GLOBAL HEALING CENTER produces the Advance Liver Cleanse.

6. Plaintiff has a consulting company that manages business to business website websites, also owns weekend raised bed garden company and also fabricate/sell an automotive accessory, successfully from a home office since 2001.

7. Plaintiff learned about the Liver Shield/6 day cleans via listening to infowars.com

8. Plaintiff purchased the Advanced Liver Cleans Pack (Kit) in mid-June 2015 which consisted of Liver Shield and; Oxy-Powder

9. Plaintiff followed the watched a video about the 6 day liver cleanse on its health benefits produced via Alex Jone's inforwars. Because of my schedule, there was no time to do a 6 day cleanse so instead plaintiff took took a the Oxy-Powder pills (Magnesium)

10. Plaintiff tried the Liver Shield in late August, 2015. On that day, Plaintiff felt some pain in his abdomen. The pain subsided in a week

11. Plaintiff tried the Liver Shield again on Sunday September, 13 th 2015. On that day, he felt the same pain on his left side, which felt the similar to the previous pain, but much worse.

12. On Friday September, 18 th 2015 Plaintiff went to his primary physician and showed him the liver shield container.

13. Plaintiff's physician proceeded to explain to me that the pain is near my stomach/spleen and ordered blood tests

14. On Sunday September, 20 th 2015 Plaintiff contacted infowars using a chat log about the pain and emailed global health healing center about the pain.

ELECTRONICALLY FILED
5/18/2018 4:16 PM
ELECTRONICALLY FILED
8/15/2017 11:58 PM
2017-L-062046
PAGE 3 of 5

15. By that evening, Sunday September 20th 2015 Plaintiff was in the emergency room.

16. After review of his previous blood tests the Plaintiff's physician to send him home with pain medication.

17. Plaintiff insisted that they look further and both an ultrasound and a CT scan were performed, Plaintiff was admitted to the hospital and was given heparin, morphine and was visited by several physicians looking for possible issues

18. Test results results showed a large clot in the Plaintiff's portal vein and was proscribed blood thinners.

19. On August 10, 2017, Plaintiff had a followup MRI which showed that the portal vein could no longer be identified, and tortuous collateral veins had developed to compensate for the lack of portal vein,

20. Plaintiff suffers from pain every day.

21. Plaintiff's illness can be directly traced to the Liver cleans products purchased from the defendants.

COUNT I- STRICT PRODUCTS LIABILITY (All Edefendants

22. Plaintiff hereby incorporates paragraphs 1-21 as paragraph 22 herein

23. At all times DR EDWARD GROUP was guaranteeing the health benefits of the liver cleans, and was selling the product produced by GLOBAL HEALING CENTER, with a product endorsement, guarantee and certification by ALEX JONES, and sold through ALEX JONE'S INFORWARSSTORE.COM.

24. At all times, Liver Shield Cleanse products in question were manufactured, sold and distributed, through the Defendants and their companies.

25. Said products the Oxy Powder, and Liver cleans contain chemicals that if taken in tandem with eachother can and do create negative health effects, including inducing blood clots.

26. None of the harmful side effects are listed on their website or on the packaging.

27. At all times relevant, Plaintiff MICHAEL HOGG was taking the Oxy-Powder and Liver cleans and had no history of chronic illness.

28. After taking the Oxy-powder and Liver cleans, plaintiff began to develop blood clots in his portal vein and has been suffering with pain.

29. The blood clots and pain has been directly and proximately caused by his taking the Oxy-powder and Liver cleans

Count II-Fraud

30. Plaintiff hereby incorporates paragraphs 1-29 as paragraph 30 herein

31. Defendants knew that the products did not have any positive health affects

32. Defendants marketed and sold the Liver cleans products knowing that they did not have any positive health effects.

33. In doing so, Defendants sought to defraud the public by supplying a product that did not induce any positive health effects.

Count III-Conspiracy to Commit Fraud

34. Plaintiff hereby incorporates paragraphs 1-29 as paragraph 30 herein

35. Defendants knew that the products did not have any positive health affects

36. Defendants in concert, marketed and sold the Liver cleans products knowing that they did not have any positive health effects.

ELECTRONICALLY FILED
5/18/2018 4:16 PM
ELECTRONICALLY FILED
8/15/2018 11:58 PM
2017-L-002046
2017-L-002046
PAGE 4 of 5

37. In doing so, Defendants in concert with eachother sought to defraud the public by

supplying a product that did not induce any positive health effects.

WHEREFOR- Plaintiff Michael Hogg prays this honorable court enter a judgment as

follows:

A. A Judgment in the amount of $1,000,000 from all Defendants for loss of income,

pain and suffering and punitive damages.

B. Any other judgment this court deems right and just

_____

Michael E. Hogg- Pro Se

ELECTRONICALLY FILED
5/18/2018 4:16 PM
ELECTRONICALLY FILED
8/15/2017 11:58 PM
2017-L-002045
PAGE 5 of 5

Micheal E. Hogg

809 Glenwood Ln.

Glenview, IL 60025

847-729-7992

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## Exhibit 2:
## November 29, 2017 Order

(REV. 2/23/03) CCL 0600

Line IV

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### SUBURBAN LAW DIVISION

Hogg, Michael

**Plaintiff(s)**

v.

Jones, Alex

**Defendant(s)**

No. 2017-L-06204 6

## CASE MANAGEMENT ORDER - LAW DIVISION
### Pursuant to Supreme Court Rule 218

(All copies of prior case management orders must be available for presentation to the court upon request of the judge.)
(Please check off all pertinent paragraphs and circle proper party name.)

| | | |
|---|---|---|
| (4296) | 1. | Written discovery & 213(f)(1) and (2) disclosures to be completed by _____ |
| (4218) | 2. | Oral Discovery & 213(f)(1) and (2) depositions to be completed by _____ |
| (4218) | 3. | Treating physicians depositions to be completed by _____ |
| (4298) | 4. | Subpoenas for treating physicians depositions to be issued by _____ |
| (4296) | 5. | _____ shall complete outstanding written discovery by _____ |
| (4218) | 6. | _____ shall be presented for deposition by _____ |
| (4206) | 7. | Plaintiff/Defendant/Add. Party shall answer 213 (f)(3) interrogatories by _____ |
| (4218) | 8. | Plaintiff's 213(f)(3) witnesses to be deposed by _____ |
| (4218) | 9. | Defendant's 213(f)(3) witnesses to be deposed by _____ |
| (4218) | 10. | Additional party's 213(f)(3) witnesses to be deposed by _____ |
| | 11. | Additional Orders or Modifications: Plaintiff is granted leave to issue alias summons upon all defendants. _____ |

12. This matter is set in Room 202 for: status on service of process
(4315) ☒ status at 9:00 a.m. on 2/13/2018

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE

## NOTICE

* Failure of any party to comply with this Case Management Order will be a basis for Rule 219(c) sanctions. Failure of any party to enforce this Case Management Order will constitute a waiver of such discovery by that party.
* All cases arriving on the Trial Call must have all discovery in Lines 1 through 10 completed.
* A copy of this order is to be sent to each party by his/her counsel within 10 (ten) days of the initial Case Management Date.

ENTERED
NOV 29 2017
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, ILLINOIS
DEPUTY CLERK

Atty. No.: 48848

Name: James Snyder

Atty. for: Plaintiff

Address: 200 E. Evergreen #121

City/State/Zip: Mt. Prospect, IL 60056

Telephone: 847-749-3059

Judge Jeffrey L. Warnick 2021 NOV 29 2017
Judge's Stamp

**ENTERED:**

_____
Judge

_____
Judge's No.

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# Group Exhibit 3:
## Alias Summonses to Global Healing and Group Edward

**Summons - Alias Summons**                                                    **(12/31/15) CCG N001**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

HOGG MICHAEL EUGENE

v.                                                    No. 2017-L-062046

GLOBAL HEALING CENTER;                                Defendant Address:

GROUP EDWARD;                                         GROUP EDWARD

INFOWARSSTORE.COM;                                    2040 NORTH LOOP WEST, SU

JONES ALEX                                            HOUSTON, TX 77018

☐ **SUMMONS** ☑ **ALIAS - SUMMONS**

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 2 of 3

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie          ☐ District 3 - Rolling Meadows        ☐ District 4 - Maywood

  5600 Old Orchard Rd.          2121 Euclid 1500                      Maybrook Ave.
  Skokie, IL 60077              Rolling Meadows, IL 60008             Maywood, IL 60153

☐ District 5 - Bridgeview      ☐ District 6 - Markham                ☐ Richard J. Daley Center

  10220 S. 76th Ave.           16501 S. Kedzie Pkwy.                 50 W. Washington, LL-01
  Bridgeview, IL 60455         Markham, IL 60428                     Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 45783                          Witness:          Friday, 26 January 2018

Name: AVILA LAW GROUP                       /s DOROTHY BROWN

Atty. for: HOGG MICHAEL EUGENE              DOROTHY BROWN, Clerk of Court

Address: 6601 N AVONDALE 203

City/State/Zip Code: CHICAGO, IL 60631      Date of Service: _____

Telephone: (773) 671-3480                   (To be inserted by officer on copy left with Defendant or other person)

Primary Email Address: jdskyles@skyleslaw.com

Secondary Email Address(es):               **Service by Facsimile Transmission will be accepted at:

_____                  _____

_____                  (Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

Summons - Alias Summons             (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

HOGG MICHAEL EUGENE

v.

GLOBAL HEALING CENTER;

GROUP EDWARD;

INFOWARSSTORE.COM;

JONES ALEX

No. 2017-L-062046

Defendant Address:
GLOBAL HEALING CENTER
2040 NORTH LOOP WEST, SU
HOUSTON, TX 77018

☐ SUMMONS ☑ ALIAS - SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____ ,Chicago, Illinois 60602

☑ District 2 - Skokie     ☐ District 3 - Rolling Meadows     ☐ District 4 - Maywood

    5600 Old Orchard Rd.     2121 Euclid 1500          Maybrook Ave.
    Skokie, IL 60077        Rolling Meadows, IL 60008     Maywood, IL 60153

☐ District 5 - Bridgeview    ☐ District 6 - Markham          ☐ Richard J. Daley Center

    10220 S. 76th Ave.      16501 S. Kedzie Pkwy.       50 W. Washington, LL-01
    Bridgeview, IL 60455     Markham, IL 60428         Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 3 of 3

☑ Atty. No.: 45783

Name: AVILA LAW GROUP

Atty. for: HOGG MICHAEL EUGENE

Address: 6601 N AVONDALE 203

City/State/Zip Code: CHICAGO, IL 60631

Telephone: (773) 671-3480

Primary Email Address: jdskyles@skyleslaw.com

Secondary Email Address(es):

Witness:        Friday, 26 January 2018

/s DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service:

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# Exhibit 4:
# Affidavit of Process Server
# dated February 12, 2018

# AFFIDAVIT OF PROCESS SERVER

## IN THE CIRUCUIT COURT OF COOK COUNTY County of Cook

ELECTRONICALLY FILED
2/13/2018 8:30 AM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**MICHAEL EUGENE HOGG**

    Plaintiff

vs.

**GLOBAL HEALING CENTER; GROUP EDWAR; INFOWARSTORE.COM; JONES ALEX**

    Defendant

Attorney:

AVILA LAW GROUP
6601 N. AVONDALE #203
CHICAGO, IL. 60631

**Case Number:** 2017-1-062046

**Court / Appearance Date:** 02-13-2018
**Court Time:**

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 2 of 2

Legal documents received by HOUSTON COURT PROCESSORS on January 26th, 2018 at 5:00 PM to be served upon GLOBAL HEALING CENTER at 2040 NORTH LOOP WEST #234, HOUSTON, TX. 77018

I, CHARLES LINDSAY, swear and affirm that on February 06th, 2018 at 11:41 AM, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **SUMMONS AND COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD AND STRICT PRODUCT LIABILITY** to RECEPTIONIST, REFUSED TO GIVE HER NAME as of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_Charles Lindsay_
CHARLES LINDSAY
Process Server

**HOUSTON COURT PROCESSORS**
P.O.Box 891001
Houston, 77289

**(832) 453-4743**

Internal Job ID: 2018000096

Reference Number: MICHAEL EUGENE HOGG

The foregoing instrument was acknowledged before me on this __12__ day of ____FEBRUARY____, 2018, by _____ CHARLES LINDSAY, who is personally known to me or who has produced ____TDL____ as identification.

_____
Notary Printed Name

_____
Notary Signature

Commission Expiration Date

TERESA ANN WHITMORE
Notary ID #128827162
My Commission Expires
May 30, 2021

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# Exhibit 5:
# Affidavit of Process Server
# dated March 9, 2018

# AFFIDAVIT OF PROCESS SERVER

ELECTRONICALLY FILED
4/11/2018 5:11 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## IN THE CIRUCUIT COURT OF COOK COUNTY       County of Cook

**MICHAEL EUGENE HOGG**

    Plaintiff

vs.

**GLOBAL HEALING CENTER; GROUP EDWAR;
INFOWARSTORE.COM; JONES ALEX**

    Defendant

Attorney:

**AVILA LAW GROUP**
**6601 N. AVONDALE #203**
**CHICAGO, IL. 60631**

**Case Number:** 2017-l-062046

**Court / Appearance Date:** 03-14-2018
**Court Time:**

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 2 of 2

Legal documents received by HOUSTON COURT PROCESSORS on February 28th, 2018 at 5:00 PM to be served upon **GROUP EDWARD at 2040 NORTH LOOP WEST, HOUSTON, TX. 77018**

I, MARK A. WHITMORE, swear and affirm that on **March 08th, 2018 at 11:26 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **SUMMONS AND COMPLAINT FOR FRAUD, CONSPIRACY TO COMMIT FRAUD AND STRICT PRODUCT LIABILITY** to GROUP EDWARD as MANAGER of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

**MARK A. WHITMORE**
Process Server, # 1314

**HOUSTON COURT PROCESSORS**
P.O.Box 891001
Houston, 77289

(832) 453-4743

Internal Job ID: 2018000301

Reference Number: MICHAEL EUGENE HOGG

The foregoing instrument was acknowledged before me on this ___9___ day of ___MARCH___ 2018, by ___MARK A WHITMORE___ who is personally known to me or who has produced _____ as identification.

_____
Notary Printed Name

_____
Notary Signature

Commission Expiration Date



TERESA ANN WHITMORE
Notary ID #128827162
My Commission Expires
May 30, 2021

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# Exhibit 6:
# April 25, 2018 Order

Order                                          (Rev. 02/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Michael Hogg

v.                                              No. 2017-L-062046

Alex Jones,
Global Healing Center,                          ORDER
Infowarsstore.com,
Group Edward,

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 2 of 2

This matter coming before
This Honorable Court for Status, status on Service,
and Oral Motion(s) for Default and written Motions for Default.

1. All Defendants (Alex Jones,
Global Healing Center, Infowars.com, Group Edward)
have been served. Global Healing Center
was served on February 6th, 2018. Alex Jones,
Infowars.com, and Group Edward were all
served on March 8th and March 9th, 2018.
It has been over 80 days since all
all defendants were served. No defendants have
filed Appearances.

2. All defendants are in Default.
An order for Technical Default is
entered by this Honorable Court.

Attorney No.: 45783
Name: Frank Avila - Plaintiff
Atty. for: Michael Hogg - Plaintiff
Address: 7132 N. Harlem Ave. Suite 107
City/State/Zip: Chicago, IL
Telephone: 773-671-3480

ENTERED:
Honorable Judge Jeffery L. Warnick
APR 25 2018  JS
Circuit Court - 2024
Dated:

4. Prove up is set on 6-6-2018 at 9 AM
in the Skokie Courthouse Room 202, Judge Warnick.
for Default Judgment.

5. Plaintiff shall serve all Defendants Notice of
Prove up for Default Judgment by Mail not on 6-6-2018.

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# Exhibit 7:
# Affidavit of Molly Latham

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| MICHAEL E. HOGG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    2017 L 062046 |
| | ) | |
| | ) | |
| ALEX JONES, | ) | |
| INFORWARSSTORE.COM, | ) | |
| GLOBAL HEALING CENTER, and | ) | |
| DR. EDWARD GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MOLLY LATHAM

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 2 of 3

The undersigned, Molly Latham, being first duly sworn on oath, deposes and states as follows:

1.     I have personal knowledge of the facts set forth in this Affidavit, and could competently testify thereto if called as a witness.

2.     I am currently employed by Global Healing Center ("GHC") as Chief Financial Officer, and was employed by GHC at all relevant times to this matter.

3.     GHC is a Texas limited partnership with its principal place of business located at 2040 North Loop West, Suite 234, Houston, Texas 77018.

4.     GHC does not employ a receptionist at its office.  When someone enters the office through the front door, a chime sounds in the Customer Service area and they can see who is in the lobby via a camera feed.  Whoever is available goes out to greet them. All Customer Service personnel, all of whom have been employed by GHC for quite a while, are strictly trained to identify themselves upon request.

24547065.1

5. None of the Customer Service personnel are authorized to receive legal documents on behalf of GHC, and were instructed to notify an officer of GHC should anyone attempt to serve GHC with legal documents.

5. On February 6, 2018, I was present at GHC's office. I did not receive any legal summons or complaint on that date.

6. I have inquired of all GHC employees and officers, including all Customer Service personnel, whether they received any legal summons or complaint on February 6, 2018. No employees, agents or officers received any such documents on that date.

Further Affiant sayeth not.



Subscribed and sworn to before me this
18th day of May, 2018.

Notary Public

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 3 of 3

JASON KLEIN
Notary Public, State of Texas
My Commission Expires
March 30, 2019

24547065.1

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
CALENDAR: G
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# Exhibit 8:
# Affidavit of Dr. Edward F. Group III

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | | |
|---|---|---|---|
| MICHAEL E. HOGG, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 2017 L 062046 |
| | ) | | |
| | ) | | |
| ALEX JONES, | ) | | |
| INFORWARSSTORE.COM, | ) | | |
| GLOBAL HEALING CENTER, and | ) | | |
| DR. EDWARD GROUP, | ) | | |
| | ) | | |
| Defendants. | ) | | |

ELECTRONICALLY FILED
5/18/2018 4:16 PM
2017-L-062046
PAGE 2 of 2

## <u>AFFIDAVIT OF DR. EDWARD F. GROUP III</u>

The undersigned, Dr. Edward F. Group III, being first duly sworn on oath, deposes and states as follows:

1.    I have personal knowledge of the facts set forth in this Affidavit, and could competently testify thereto if called as a witness.

2.    I am an individual residing in Texas.

3.    I was not personally served with any legal summons or complaint on March 8, 2019, nor was a copy left at my residence on that date.

Further Affiant sayeth not.



JASON KLEIN
Notary Public, State of Texas
My Commission Expires
March 30, 2019

Subscribed and sworn to before me this
1&th day of May, 2018.

Notary Public

# Law DIVISION
## Litigant List

Printed on 05/18/2018

Case Number: 2017-L-062046

## Plaintiffs

| Plaintiffs Name | Plaintiffs Address | State | Zip | Unit # |
|---|---|---|---|---|
| HOGG MICHAEL EUGENE | 809 GLENWOOD LN. | IL | 0000 | |

Total Plaintiffs: **1**

## Defendants

| Defendant Name | Defendant Address | State | Unit # | Service By |
|---|---|---|---|---|
| GLOBAL HEALING CENTER | 2040 NORTH LOOP WEST, SU | TX | 0000 | |
| GROUP EDWARD | 2040 NORTH LOOP WEST, SU | TX | 0000 | |
| INFOWARSSTORE.COM | 3001 S LAMAR BLVD STE 10 | TX | 0000 | |
| JONES ALEX | | | 0000 | |

Total Defendants: **4**

(14)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - SUBURBAN LAW DIVISION - SECOND DISTRICT

MICHAEL HOGG )
_____ )
Plaintiff(s) )
) No. 17-L-62046     ~~DOCKETED~~
v. )
) MAY 24 2018
ALEX JONES, ET AL )
_____ )
Defendant(s) )

3×

### ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE

This cause having come before the court on Plaintiff's/Defendant's* (the "Movant") motion to/for _QUASH_ (the "Motion"), due notice having been given and the court being fully advised in the premises, IT IS HEREBY ORDERED:

Plaintiff/Defendant* shall file a response to the Motion (the "Response") by _6/19/18_.

Plaintiff/Defendant* shall file a reply to the Response (the "Reply") by _7/10/18_.

Hearing on the Motion shall be held on _7/18/18_ at _10:30_ A.m. in courtroom _202_, 5600 Old Orchard Road, Skokie, IL, 60077.

Movant shall provide the court by _7/11/2018_ (which shall in any event be no later than two (2) court days after the deadline for the Reply, and at least seven (7) court days prior to the date set for the hearing) with a courtesy copy of this Order, the Motion, the Response, the Reply and all other relevant pleadings, exhibits, rules, statutes and material that the Movant reasonably believes the court needs to decide the Motion. These courtesy copies shall be delivered to the Office of the Presiding Judge in Room 219 in an envelope clearly marked "Courtesy Copy", together with a letter of transmittal listing what is included. The Movant shall serve a copy of his/her transmittal letter on the opposing party on the date it is delivered to the court. Failure to comply with this "Courtesy Copy" requirement may result in the court cancelling or resetting the hearing date or striking the Motion. Compliance with this Order will allow the court to timely render a decision on the Motion.

If prior to the hearing date the parties enter into an agreement concerning the Motion or if there is no objection to the entry of the relief sought in the Motion, the Movant shall notify the court immediately by contacting the Office of the Presiding Judge at 847-470-7200 with the appropriate information relating thereto.

Failure to file a supporting or answering memorandum shall not be deemed to be a waiver of the Motion, or a withdrawal of the opposition thereto, but shall be deemed to be a waiver of the right to file the respective memorandum. A hearing on a contested motion will not be continued unless a written request for a continuance is served and heard at least 24 hours in advance of the scheduled hearing, unless a bona fide emergency is shown.
TECHNICAL DEFAULT ORDER OF 4/25/2018 IS VACATED.
*Instruction to Attorneys/Litigants: Clearly line out the inapplicable word.

Associate Judge Jeffery L. Warnick
MAY 22 2018
Circuit Court - 2024

Attorney No. _45683_                              ENTERED:
Name: _FRANK AVILA / A. FINK_
Attorney for: _PLTF_
Address: _7132 N HARLEM #107_
Telephone: _CHGO IL 60631_
_____            _____
Judge                                              Judge's No.

01/15

Order                                                    (Rev. 02/24/05) **CCG N002**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Hogg

v.                                    No. 17-L-062046

Jones

### ORDER

Hearing on Motion to Quash Service of process proceeded.
Alias Summons granted for issue on any unserved
defendants.                                                    4213

This matter is set for Status on Service of Process on
September 18, 2018 at 9:00am room 202                          4315

Service of Process prior to 7-18-2018 on Defendants Dr. Edward
Group, Alex Jones, PQPR Holdings and Global Healing Center
are Quashed                                                    4255

Attorney No.: 48848
Name: Jones Styles
tty. for: D
ddress: 200 E. Evergreen R/21
ty/State/Zip: Mt. Prospect, IL 60056
lephone: 847-744-3059

ENTERED:

Associate Judge Jeffery L. Warn
JUL 18 2018
Circuit Court -

Dated: _____

Judge                          Judge's No.