**IN THE UNITED STATES COURT DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

|  |  |
|---|---|
| **MICHAEL E HOGG,** | Nos. 1:18-cv-05421 |
| **Plaintiff** | Hon: Thomas M. Durkin |
| v. |  |
| **ALEX JONES, Et. al.** |  |
| **Defendant(s)** |  |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Now Comes Michael E. Hogg, Plaintiff, by and through his attorney, Frank B. Ávila of Ávila Law Group LLC, and files this notice of voluntary dismissal without prejudice to reinstate and with no award of fees or costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (West 2015), and based on the following:

1. On August 9, 2018, Defendant Removed the above caption case from the Circuit Court of Cook County, to the United States District Court for the Northern District of Illinois.

2. On December 3, 2018, Defendants filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and (5).

3. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that a Plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

4. Fed. R. Civ. P. 41(a)(1)(B) provides that the dismissal is without prejudice.

5. In this case, Defendants have neither filed an answer nor filed a motion for summary judgment.

Wherefore, Michael E. Hogg, Plaintiff, voluntarily dismisses this action without prejudice to reinstate at a later date.

By: s/Frank B. Avila
Ávila Law Group, LLC
Attorneys for Plaintiff
6601 N. Avondale Avenue, Suite 201
Chicago, IL 60631
frankavilalaw@gmail.com
773-631-0177 telephone
773-763-2301 fax